# EXHIBIT 14



Diana

**Were you a part of my salary conversation?**

Aug 18, 2023 at 5:05 PM

Do you want to talk via cell?

I just wanted to thank you supporting me. I assumed you were in the conversation with the president regarding my salary and such, but it means a lot to me, and I will earn every penny and do all I can do to support you and obviously Utah State going forward. Simply, I just wanted to thank you! We can talk later enjoy your family before you get on a plane Sunday and come out.

So glad you are please. We will always do what is right. President Cantwell and I spoke earlier this week specifically about this and we are lock step.

Next steps, I look forward to more in person conversations and less texting. Thanks. Enjoy volleyball tonight.

iMessage