# EXHIBIT 15

# Grievance Statement

**Complainant:** Jerry Bovee

**Position:** Deputy Athletics Director

**Date of Complaint:** July 26, 2024

**Respondent:** Diana Sabau, Vice-President/ Director of Athletics

## Background:

Please consider this the follow-up to the formal complaint that I lodged with Human Resources on June 28, 2024. I have raised multiple complaints regarding USU Athletic Director, Diana Sabau, since the fall of 2023. This constitutes a formal writing summarizing the complaints I have previously verbalized to HR regarding Diana's harassing, uncivil, and disrespectful behavior and abusive conduct.

Diana's first day on the job was August 10, 2023. It soon became clear that it would be a challenging year, as she quickly started questioning all aspects of athletics and treating existing traditions and practices as flawed. I frequently had to remind her that I was only the Interim AD for 10 months, and the policies and culture were established by those who came before me. Below is a timeline of some significant issues I faced under Diana's leadership:

## Timeline of Issues:

August 23, 2023
- We had a donor visit with Matt White, President Cantwell and Diana to Salt Lake and I was invited to attend. It went well, I was careful not to speak too much and make sure Diana and the President got plenty of time with the donors. I began to feel from the beginning that Diana did not like my presence and saw me as interfering in her new leadership role.

August 25, 2023
- In a meeting with Diana, she insinuated that I had made several broken promises as well as other had other former leaders which I took to mean the former Athletics Director John Hartwell. I didn't know the context or why she had said that, but she made clear to me that she was coming in already predisposed to make judgements on my performance without actual information or evidence. She also told me that day to no longer focus on the Nike deal as she would be taking that over now. I began to notice a terseness to her style and I worked to adjust to her confrontational style.

1

August 29, 2023

- In a meeting with Diana, we discussed the football schedule. She was frustrated with the lack of what she called vision in our scheduling, and I felt she was disapproving anything I had done with the schedule based on her questions to me. She said I would no longer need to worry about anything to do with the schedule as she would be taking that over.

September 1, 2023

- This day was the first football game and I was told for the first time that we "can no longer eat just what we kill" and that we must be better; she made clear to me that she did not approve of my planning and execution of events for game operations. After the game she began to list all the things we needed to change. She made the team feel like we were a bunch of amateurs and that we needed to get much better. I certainly embraced the opportunity to grow but all the while I felt she was taking shots at me at every turn of the things she did not like. I began to have other staff members notice and share with me that she clearly did not appreciate me and was singling me out. She seemed to take all the things she didn't like at Utah State out on me as though it were all my responsibility, which it was not.

September 20, 2023

- Mike Williams had asked me to join him in a meeting with the hospital personnel that we work with on our deal with IHC. I had been supporting him in the past since John Hartwell had assigned me to assist with our medical deal for trainers and team doctors and since there is some business-related advertising elements in the package, I had been involved. The meeting was great as we discussed a deal to move forward. Two days later, on September 25th, in a meeting with Diana, I gave her an update on the meeting that I had attended with Mike and our partners from the hospital. I shared some of the notes with Diana and she immediately cut me off asking, "who gave you permission to attend that meeting, do you supervise Mike?" It was accusatory and she did not even ask for context. Of course, I told her that no one had assigned me but that I had attended the meetings with the hospital leadership in the past. Diana went on about the fact that she doesn't know what she doesn't know, and we needed to communicate better which is exactly what I thought I was doing in the first place. I began to feel like Diana Sabau did not appreciate or trust me much.

October 4, 2023

- I learned that I would no longer be traveling with football anymore and would be more involved with Men's Basketball as my fundraising responsibilities would diminish. This was a bit of a shock although I wasn't too surprised with the change as I had to share a room all year with other staff, some of which directly reported to me or interacted with the External Staff. I really believe Diana was threatened by me being around donors. I had been traveling with football since coming back to Utah State in 2019. This was the first of many job duties that would be removed from my job description, without any basis or warning.

October 18, 2023

2

- While meeting with Doug Hoffman and Diana, she discussed a situation that had come up with another employee under Doug's leadership and that it was being investigated by HR but that it was her plan to terminate the employee for what he had done. This was prior to any other investigation or context regarding that situation with Doug's direct report. She was also unhappy with Doug that this was happening, but nothing ever came of that further.

October 24, 2023

- In a meeting with the External staff which I oversaw, Diana came to the meeting and as we were discussing men's basketball perspectives and success data regarding Utah State Basketball historically, which, she had asked me to investigate in a deeper study. She stopped the meeting and rudely and abruptly asked me, "excuse me, what are we talking about? Are we going to tell Danny Sprinkle how to recruit?" Doug Hoffman had been talking about returned missionaries in the program over time. I responded to Diana that I was gathering some facts which she had asked me to do and that I would be sharing it with her the next day in our one-on-one meeting. She calmed down we continued the meeting which became much less open and much more somber for the staff to respond after her insert. The next day I shared the data in a meeting with Diana and she appreciated the work and what went into it and asked me to share it with Danny Sprinkle. Diana's leadership style is different than any supervisor I have ever worked for in my career. I did get a lot of questions and concerns from some of the external team about why Diana is treating me more disrespectfully than the rest of our staff. Up to that point I had not considered that it was different but when other staff members were coming to me saying they could see the difference in the way she treats me and Amy Crosbie, it got me thinking a different way.

- Later that day I had a meeting with Johntrell Roquemore learning more about his program and doing some mind and body work to see what it might mean for athletics and if it would be useful for our student athletes. I had spent a few hours with Johntrell in my office and when I met with Diana later in a one-on-one setting, she really asked a lot of questions about what I was doing today and how I was spending my time, and she was aggressively asking me about my calendar. She had been after me a month earlier when I went to Utah County to play in the National Football foundation Utah Chapter Golf function, and she felt I had broken her trust by not letting her know I would be gone. She seems to scrutinize my schedule a lot asking what I am working on and why.

October 25, 2023

- Diana asked me to get a meeting with all the men's basketball coaches to cover a few items that she was frustrated about. Going into the meeting from her tone, I thought it was going to be confrontational. We met in the Clover Room and she talked as though she was coming in to save the day for men's basketball. She apologized to Danny and his staff for all of the "broken promises" which she said was a lot. It was a shot at me and the former administration although, I don't know why she would do that as I hired Danny and had kept all the commitments, I had made to him. When I visited with Coach Sprinkle later in the day, he was very upset with Diana at the way she had handled the meeting. At the time she was treating Danny like a child. And had made comments to me that there's no way he would last. She also felt like we would not be

3

successful at Utah State. She has asked me at least three times to make a list of all the commitments and broken promises I have made. She is very condescending in her leadership approach with me.

November 3, 2023

- This was the day that the situation with an employee in the Sports Information office was discovered to have left revealing pictures of his girlfriend on a shared photo drive with other employees. Diana was upset when she found out about it and mentioned that he should be fired, and I could tell that was in her mindset from the start. She mentioned that she had reached out to Human Resources and that an investigation would be done as to what Campus Policies might have been broken and then it would be handled. She strongly implied that it was my fault. She made comments about how bad things are in this department and how much work she needed to do under her leadership to clean up what sounded like a bad place. I often get this impression from her in the words she speaks.

November 14, 2023

- Just prior to a home men's basketball game with Southern Utah, Diana scheduled a meeting with Amy and me in her office. She wanted to discuss a situation that had come up concerning an assistant coach that had recently been hired to assist Head Coach Artie Gulden with track and field. He had been assigned to coach sprinters and was replacing a coach whose contract had been non-renewed. The new coach had been here about a month but in the process of interviewing he disclosed an issue to Artie and Amy that had occurred within the last year at his previous school where he had been employed. Amy called me after spending the day with him and Artie in the job interview and she wanted to get my thoughts before making the hire. She explained that the coach seemed to be the right fit and had passed a background check and Artie was desiring to hire him for our open position. However, during the negotiations specific to his contract, he mentioned to Amy and Artie that a situation had occurred within the last year prior that was embarrassing to him. The way Amy described it to me was that he met someone online and had arranged to meet but the person was strange and dressed up in wild clothes and videoing him. He told her he got in his car and left the area where they were to have met, that said, he described the situation as he was "Catfished". It was very embarrassing for him and even though his attorney had advised him to move on and that he had no duty to report this situation, he felt that he wanted to be upfront and disclose it. Amy asked me what I thought she and Artie should do. I asked again if he had passed a background check and she reiterated that he had indeed passed. At that point I told Amy to make sure to do some due diligence to make sure there was nothing out there that could come back and embarrass the University. She thanked me for the time, and we ended the call.

- Diana was very angry in the meeting as a video had been sent to her, the President and Amy regarding this coach and the video showed a completely different scenario that according to Diana and Amy was "not a good situation at all". She was very angry that he had been hired and that Amy and Artie should have discussed this with her, HR and Title IX/Equity office before extending the offer. Diana yelled at me that I was a "Senior Leader" in the department

4

    and should have known better. She told us there would be an investigation and that she was very disappointed. She was so upset that Amy became emotional. I felt bad for Amy as Diana seemingly mocked her for being emotional. I had never had a conversation like this in my entire career. I felt threatened when she said more than once that changes were coming because of this which I surmised was a threat to my employment and that it could lead to termination at some level. She seemed to level more of her anger at Amy, but I was given the third degree as well. I did tell her that I was sorry it happened to which she directly told me I should be sorry for letting down the student-athletes, the department and the alumni. Rather than let this play out with an investigation she really let us have it.

- Indeed, there was an investigation, and an outside law firm was hired to come in and look over the incident of which I still have not seen a final report. I did meet with the attorney who was hired to come in and we talked for less than an hour and he gave me the impression during our discussion that this seemed to be innocuous and that he was surprised that there was not more to this incident. I felt he was questioning why we would be doing an investigation on this situation. Also, I did have a phone conversation with Human Resources representative Lisa Leishman about this and I asked what I could have done better so I could learn from the experience. She stated to me that based on the information that we had at that time and the fact that he passed a background check, she would have advised us to move forward as there was nothing concrete that we had to go on and in fact, she said, it would have been improper to have not hired him for what he self-disclosed. I asked her to tell me with what policy that may have been violated by Amy Crosbie or myself and she emphatically said that "no policy had been violated." In my opinion, I believe Diana was mostly upset that Amy consulted with me rather than her.

November 15, 2023

- I met with Diana Sabau for a one-on-one meeting and apologized for how things went down in the meeting the night before even though I'm not sure what I would have done differently, in the future, other than having Amy run it past Diana. Nonetheless, I certainly was not intending to break trust with my new supervisor, and she reiterated that there would be an investigation and that changes would be coming. I took that to mean that my employment may be in jeopardy. It was at this point that I felt it was appropriate to ask Diana if I needed to leave the department. I realize that it is common for a new coach or athletic director to want someone they are familiar with and already had a relationship of trust. When I asked if it was time for me to look for employment elsewhere, she got very angry and raised her voice, pointed at me and she said, "I will tell you when you are leaving." She also shared with me that she had no confidence in my ability to hire coaches or staff. I asked where she was getting that from, had she looked at my hiring practices at Weber State or even here at Utah State since I joined the team in 2019. She changed the subject and did not go into further detail.

November 16, 2023

- Amy Crosbie and I had an Administrative Check-in meeting with Diana and again the situation with the track coach came up at the beginning of the meeting. Diana stated that in the future,

5

occurrences like this "Would NOT" be happening under her leadership. Again, she said we could expect changes to be coming due to this situation. I asked what that meant and she said, "You will see".

November 20, 2023
- I traveled with the men's basketball team to a 3-game tournament in the Cayman Islands. Diana scheduled a zoom call with me during one of the days and she led off the conversation with "what time is it there?" I told her that we were on Eastern Time zone, so it was 12:15 PM which was two hours ahead of where she was in Logan and she said to me, "you look tired." It was not a sympathetic statement, but a criticism. I assured her I was fine and had been up doing my job since the early morning. This is an example of how she micromanages workload and time management and a bit of her bluntness to say whatever is on her mind.

November 29, 2023
- I returned from the Grand Cayman and during my first meeting with Diana she abruptly led off with this statement, "Do we have a problem?" I was a bit surprised and replied that, "no, we don't have a problem." She then asked why we have not talked much since I and been on the road and then asked, "can you tell me why that is?" I looked at her wondering what this was all about and where she was coming from and finally, I said, "because I didn't have anything to say." I did point out that we had texted a few times during the tournament and that I thought we were good but now I was really confused about what she was getting at when she said, "so we are good?" I answered in the affirmative and we went on with a meeting but later in the meeting she informed me that she would be taking me out of fundraising. I told her I was fine with whatever she wanted to do for the good of the department and that it was her call. That said, I've continued to be asked to fundraise, so I'm not sure really what this was all about. Ever since Diana has come to USU, she has been taking job duties away from me in my role as Deputy Athletics Director. I continued to have the feeling that she was making plans to fire me.

December 8, 2023
- I decided that I needed to meet with Lisa Leishman and Becca Seamons in Human Resources regarding what I consider to be inappropriate, disrespectful, and abusive behavior by Diana Sabau in her role as Athletics Director. I shared that the culture and morale in athletics since Diana joined the university has been very low. I personally was working through her style and behavior and if it was the way she is toward all the staff that would be one thing, but I also felt like she was harder on Amy Crosbie and myself. I was approached by many staff members asking why she was so hard on Amy and myself and I usually just answered by saying she expects more out of the leaders in the department and wants to send a message that we can all get better. However, she made clear to me, daily, that she did not want me in the program, and I anticipated at some point that she would ask me to depart, or she would fire me. I have heard the word "toxic" to describe the department under Diana's leadership, but I would say it is more hostile than anything else. I was told during my conversation that other staff members had been to HR to share similar concerns. At the conclusion of our discussion, I was offered three

6

options, first, do nothing and go back to work, second, confront Diana with the concerns directly and last, take it to her supervisor which would be President Cantwell. I saw nothing productive coming my way by choosing to confront it so I went back to work with the caveat that if things don't improve, I would be back. We had a short conversation regarding a fourth long shot option called "Constructive Discharge". This had something to do with a retirement option which as of now, is not something we have discussed further. I have learned since this meeting that staff at Human Resources did discuss the concerns with Diana. Things did improve in the short run, but she slipped back into her style of mistreatment of staff both in and out of the department. She has an uncanny way of demanding and sharing her opinion as though they were the only opinions that truly matter even though she comes across as a collaborator. I heard from various staff members inside the athletics department who shared that in one-on-one meetings with Diana, that she was assigning various duties that were in my job description to others on the staff. I never heard this directly from Diana.

January 2024

- I began to pull back at men's basketball games and on my engagement with fans and students as I could tell it irritated Diana. At luncheons when fans expressed appreciation for my work to hire Danny Sprinkle during my interim role, it would end up costing me with more abuse from Diana, so I started to keep a lower profile and not put myself in situations to get praise from others for my work as it was clear to me that Diana needed to get all the attention. I frontloaded donors and students to keep the attention on Diana as the leader of the department to avoid any spotlight on me.

March 2024

- I met with Diana on a few occasions discussing pour rights. She told me that the University deal is awful and disparaged anyone who does not agree. Although I was assigned to represent athletics, she would take occasion to let others know it is her that is making this deal happen and that Athletics must benefit the most by it. I could tell that Dave Cowley and Dwight Davis want to acquiesce to what she wants and are working with us, but others are seeing her bullying style outside of athletics now.

- Also, sometime in March, Diana approached me and asked me to download an APP that I was not familiar with called "Signal." It allows for texting to occur, and the texts are deleted at the end of each day. She had asked Amy Crosbie, Ronda Christofferson and me to get set up so that on occasion she avoid communications that could be discovered in an open records request, so that, as she put it, "we could have more candid conversations." She also mentioned that she and the President use it often. I did as I was directed without questioning her as I was already feeling vulnerable. We often used the APP to communicate.

April 2024

- I got to a place where anxiety would start to creep in when I had scheduled meetings with Diana. I have never had this type of anxiety during my entire career in this business and I have had many difficult challenges over the course of over 30 years in this business. She rails on the

7

smallest of issues and there is no care to her approach with me. I attended meetings with some of my direct reports where they would ask after why she never seemed to give me any credibility for ideas or input but focuses on others. I have just told them it's her way of building them up, so we don't have to discuss it, but it was getting old for me to defend her mistreatment of me.

- I have asked her on three different occasions if she needed me to leave the department and look for other jobs in athletics elsewhere. I understand this business and often Athletics Directors want to bring in their own team in senior leadership roles, so I opened the door early on when she arrived and have had at least two other conversations about me leaving voluntarily. Each time, she changed the subject and refused to engage. Since November, which is the first time I addressed it, she would not engage in this conversation to discuss me leaving voluntarily.

May 2024
- Over the last six months under Diana's leadership there were many times when Diana would say, "I need better leadership from you" or "you need to own your job". These statements never came with context, it was just continual feeling that I was not meeting her needs, but she never gave direct guidance as to what was missing. I had been asked by our new men's and women's basketball coaches more than once why she didn't seem to like me. They both let me know that she seemed to be checking in on me asking them how I am servicing them as their sport administrator. They both found it odd that she had asked more than once. To me it was an indication again that she was looking for reasons to get rid of me.

June 18, 2024
- We had an all-staff meeting and Diana assigned me to discuss the nuances of the new Coke deal. When I arrived at the meeting she was already in a sour mood and approached me asking why we did not have branded coolers with product to share with the staff. I let her know that Coke did not have those yet but that we did have product to give out to the staff at the meeting. At that point she went into the narrative of how disappointed she was and how unfortunate and that I needed to own my job better. After the meeting I went to see her in her office to discuss her concerns and she continued to tell me that she felt I should have filled ice in coolers rather than delegate. I asked her, "So you want me to do what other people here typically do and that is what you are referring to when you say I need to own my job?" She replied yes. I acknowledged that I understood and left her office.

June 19, 2024
- In a meeting to clear the air with Diana, she mentioned to me that communication is the key, and it bothers her to see Amy and I, as she termed it, "whispering" in the office. I only responded that, "we don't whisper, and we don't talk about you, just our jobs."

June 25, 2024
- David Reeve, one of our third-party multi-media rights partners who works for Learfield told me that in his final interview with Diana that she told him that his replacement would now be reporting to Bobby Nash who currently reports to me. I never got that information from Diana

8

directly, but she was clearly slowly continuing to take away my job duties. I could only imagine that she intended to remove me from my position as over the last month or so she had been making comments to staff that some of the duties that were in my job description would be shifting to other people on my staff.

Conclusions:

- Things did get better for a time since the activity up to December 8, 2023. I did an interview with an attorney from Ray Quinney & Nebeker named Zachary Wiseman. He was cordial and professional. When I discussed what my small part was in the entire affair, he basically told me it was nothing to be concerned about. I followed that up with a conversation with Lisa Leishman in HR and I specifically asked what policies were misapplied or simply broken in the process and she assured me that I did nothing wrong and no policies where broken. I have yet to see a final report or get closure on the subject as of July 2, 2024.

- Another concerning comment that Diana has made to me at least three times in the last few months is that "I am too highly paid not to own my job." On one occasion she said that Amy and I were too highly paid for what we do. I finally asked her the last time she mentioned that to me that I needed her to explain what she was talking about, and she changed the subject and never came back to it. Diana admitted to me in a text early on that she was supportive of me getting a pay raise after she was hired and worked with the president to make that happen, so I don't know why she is now complaining that I make too much money. I have noticed that Diana has a philosophy that if she doesn't know what you are doing each day, she assumes you aren't doing anything and recently she made a comment to me that she didn't even know what Amy does here.

- The final issue that really gave me a sense that this was personal against me and at some point I would be terminated was sometime around the middle of June 2024, Diana called me on the phone to inform me that the pay raise which I received in August 2023 last year when she was hired as AD was a one-year deal and I would be going back to my salary before she was hired. I let her know that this was news to me, I don't have anything in writing that this was a one-year deal, nor had I been told that this was a one-year deal. Diana mentioned that since she was not here nor involved that I would have to deal with the President directly. I did mention to the President later that I was surprised that my pay was being reduced and her comment to me was, "Jerry, sometimes I'm not sure I'm even the President", after that comment she walked away. I have no other thought but to see that my termination was personal and in retaliation for my complaints to human resources.

- Diana's talked many times that her philosophy is that it is not her job to have a relationship with me or any of our staff, but it is our job to have a relationship with her. That thinking lends itself to the dysfunction that we are experiencing as a department right now.

9