# EXHIBIT 17

Doug Bullock

| | |
|---|---|
| **From:** | Diana Sabau |
| **Sent:** | Tuesday, July 2, 2024 10:56 AM |
| **To:** | Jerry Bovee |
| **Cc:** | Doug Bullock; Cody Carmichael |
| **Subject:** | Employment Action |
| **Attachments:** | 24.7.2 Termination Letter.Bovee.pdf; Investigative summary Bovee.pdf |

Jerry,

I am writing to inform you that your employment at Utah State University is terminated, effective immediately. Attached please find a formal termination letter and an investigative summary detailing the reason for termination. The attached documents will also be sent to you via certified mail in accordance with USU Policy 399.

I would have preferred to meet with you in person to deliver this news. However, you have made yourself unavailable and declined my requests to meet.

We had a regularly scheduled meeting this morning at 9:30. I attempted to move that meeting up to an earlier time, but you indicated that you were unavailable at the earlier time. You also indicated that you would be unavailable to meet at the regularly scheduled time. I offered to work around any appointments that you may have and to meet via Zoom. You declined. An HR representative contacted you to facilitate a phone call with the three of us and you indicated that you were unwilling to speak with me at that time. You indicated to the HR representative that you were aware of the reason for the meeting and did not want to speak with me.

Absent the opportunity to meet with you, we are delivering these files electronically. Please see the attached files.

Diana



**DIANA SABAU**
VICE PRESIDENT & DIRECTOR OF ATHLETICS
UTAH STATE UNIVERSITY ATHLETICS

7400 OLD MAIN HILL | LOGAN, UT | 84322
OFFICE: 435-797-4174 | EMAIL: DIANA.SABAU@USU.EDU

1