# EXHIBIT 19

# REDACTED

