# EXHIBIT 20

**From:** Matt Pinner <matthew.pinner@usu.edu>
**Sent:** Wednesday, July 10, 2024 2:04 PM
**To:** Eric Olsen <eric.olsen@usu.edu>
**Subject:** RE: Hello

Eric,

You did file the report on 4/12/23 on behalf of Jerry Bovee and Amy Crosbie. If you need a copy of the report that would have to be obtained by a GRAMA request.

Thank you,

**Matt Pinner**
*(he/him/his)*
Executive Director of the Office of Equity
Distance Education, Rm 400 || 435-797-1266 || Fax: 435-797-0291 || matthew.pinner@usu.edu
5100 Old Main Hill; Logan, UT 84322-1475
equity.usu.edu

**From:** Eric Olsen <eric.olsen@usu.edu>
**Sent:** Wednesday, July 10, 2024 11:19 AM
**To:** Matt Pinner <matthew.pinner@usu.edu>
**Subject:** Re: Hello

Matt thank you for getting back to me. I know I filed the report on 4/12/2023 because I did it after Athletics Council the same day. Am I to interpret your partial response to my questions that you are unable to confirm that I also filed the report in behalf of Jerry Bovee and Amy Crosbie? Should I file a GRAMA request to get the answer to my question?

I know Maxient has a feature to allow the reporter to retain a copy of the report they filed. That feature has been turned off.

Please let me know what I need to do.

Thanks

Eric



DIVISION OF STUDENT AFFAIRS
Eric R. Olsen, PhD

1

Interim Vice President for Student Affairs
Utah State University
435-797-3137
eric.olsen@usu.edu

---

**From:** Matt Pinner <matthew.pinner@usu.edu>
**Sent:** Wednesday, July 10, 2024 10:28 AM
**To:** Eric Olsen <eric.olsen@usu.edu>
**Subject:** RE: Hello

Eric,

Sorry that I missed your call this morning. I can confirm that you filed a report on April 12, 2023.

Thank you,

**Matt Pinner**
*(he/him/his)*
Executive Director of the Office of Equity
Distance Education, Rm 400 || 435-797-1266 || Fax: 435-797-0291 || matthew.pinner@usu.edu
5100 Old Main Hill; Logan, UT 84322-1475
equity.usu.edu

---

**From:** Eric Olsen <eric.olsen@usu.edu>
**Sent:** Monday, July 8, 2024 2:21 PM
**To:** Matt Pinner <matthew.pinner@usu.edu>
**Subject:** Hello

Hi Matt, I hope you're doing well. It looks like I will probably be pulled into the Jerry Bovee/AJ Carter mess. My recollection is that I came back from a meeting with Jerry and Amy and filed the report on behalf of the three of us. Are you able to confirm if that is what I did?

Many thanks!

Eric