# EXHIBIT 21

 

# STUDENT-ATHLETE HANDOOK



# *2022-2023*

# STUDENT-ATHLETE HANDBOOK



# STUDENT-ATHLETE HANDOOK

## TABLE OF CONTENTS

**USU Athletics Mission & Values**.................................................................................4

**Department of Athletics Policies**...............................................................................4

    Student-Athlete Code of Conduct…………………………………………………………4

    Sexual Assault & Misconduct…………………………………………………….......6

    Banned Substances…………………………………………………………………7

    Hazing……………………………………………………………………………………..8

    Appeal & Grievance Procedures/Complaint Resolution Process……………….8

    Social Networking…………………………………………………………………9

    Academic Integrity……...……………………………………………………10

**Student-Athlete Academic Services**..........................................................................12

    Early Registration & Academic Advising……...……...……………………………12

    Adding & Dropping Classes……………………………………………………………12

    Class Attendance ……………………………………………………………………13

    Study Hall/Online Course Test Taking/Printing/Textbooks ……………..............14

    NCAA Academic Eligibility Requirements……………………………………………15

    Common University Academic Policies……………………………………………17

    Learning & Educational Assistance Program……………………………………19

    Laub Athletics-Academics Complex Computer Lab Policy…………………………20

**Academic Achievement Awards**…………………………………………………………21

**A-Game Student-Athlete Development**…………………………………………………22

**Student-Athlete Advisory Committee**…………………………………………………24

**Student-Athlete Support Services**..........................................................................25

    Media Relations/Strength & Conditioning...………………………………………25

    Ticket Office & Distribution/Equipment Room …………………………..………….26

    Letter Awards…………………………………………………………………………27

    Sports Medicine/Athletic Trainers…………………………………………………28

**NCAA Compliance**......................................................................................................33

    Unethical Conduct/Banned Substances……………………………………………33

    Agents/Amateurism/Gambling/Extra Benefits……………………………………34

    Recruiting…………………………………………………………………………35

    Transfers……………………………………………………………………………36

    Countable Activities/ Outside Competition/Employment …………………..……..37

    Promotional Activities………………………………………………………………38

    Financial Aid /Summer School………………………………………………………39

    Fifth-Year Aid………………………………………………………………………40

**Student-Athlete Appendices**

    Drug Screening & Substance Abuse Program…………………………….……43

    Transgender Policy………………………………………………………….……49

    MW Sportsmanship Policy……………………………………………………56

 # STUDENT-ATHLETE HANDOOK 




# STUDENT-ATHLETE HANDOOK

## USU Athletics Mission and Values

### MISSION OF UTAH STATE UNIVERSITY ATHLETICS

*In alignment with the mission of Utah State University, we cultivate excellence in all that we do. Our mission is to guide, strengthen, and support student-athletes as they strive for excellence academically, athletically, and socially. Above all else, we develop graduates, community leaders, and lifelong friends of our university.*

### Culture and Values

Consistent with the mission of the Department of Athletics at USU, we seek to create a culture of high moral and ethical standards. Wearing the U-State logo on the field of competition creates an obligation to live by higher standards of behavior. Student-athletes represent USU, the Department of Athletics, their teams, fans, families, and themselves. This obligation is a privilege to proudly waive the USU flag. Each student-athlete should uphold the following values.

# DEPARTMENT OF ATHLETICS POLICIES

### USU STUDENT-ATHLETE CODE OF CONDUCT

The USU Student Code is the primary authority for establishing student standards of behavior and identifying administrative procedures for resolving acts of misconduct. Please refer to the student code found at https://studentconduct.usu.edu/studentcode/article5. It addresses academic integrity, criminal behavior, hazing, harassment and other inappropriate behaviors. Student-athletes are representatives of the Department of Athletics and USU, and expected to adhere to a higher standard of behavior both on and off campus. With the privilege of participating on an intercollegiate team comes the responsibility to conduct one's self, both on and off campus, in a manner that creates a positive image and brings credit to the University and the sport. It is important student-athletes recognize and accept this responsibility while serving as University role models within the academics and athletics communities. Therefore, it is essential to establish a set of guidelines that exceed those in the USU Student Code in order to clearly define the expectations the Department of Athletics has for student-athletes.


# STUDENT-ATHLETE HANDOOK


## MISCONDUCT DEFINED

Broadly defined, misconduct is any behavior that adversely affects the University community in its pursuit of educational objectives; violates the rights of others; damages property; or violates federal, state, county, municipal law or University policy. Disciplinary action associated with misconduct is based on the severity and consequences of the act. Participating in intercollegiate athletics is a privilege, not a right. Student-athletes may relinquish this privilege if a coach or other athletics administrator believes his or her conduct, or allegation against a student-athlete, have compromised the reputation of the team, the athletics program, or the University.

## DISCIPLINARY ACTION

Law enforcement authorities will handle violations of federal, state, county, or city laws. When required to investigate allegations of criminal misconduct under University nondiscrimination or sexual misconduct policies concurrent to or separate from law enforcement investigations, the University will comply with federal, state, and local jurisdiction ordinances. Any act or alleged act of misconduct may also result in discipline up to, and including, dismissal from the team and revocation of athletics financial aid. Please refer to the USU Student Code for information on university disciplinary action.

## NOTIFICATION POLICY

A student-athlete who is arrested, cited for a misdemeanor/felony, questioned by police or court personnel for any reason, or who receives a subpoena must notify his/her head coach within eight hours of the incident. Failure to do so may result in immediate removal from the team and loss of scholarship, including an end to all student-athlete amenities and facilities such as strength and conditioning, academic services, training room, training table, fueling station, etc. Upon notification, the head coach has the institutional responsibility to report the arrest/citation/etc. immediately to his/her sport supervisor so appropriate notice of the situation may be immediately forwarded to the Director of Athletics and, if necessary, the President of the University. The Director of Athletics, in consultation with the head coach and sport supervisor, will determine additional disciplinary action based upon the individual circumstances of any misconduct. Possible action may include suspension/removal from the team, cancellation of scholarship, community service, educational initiatives, etc. The case may also be forwarded to the USU Office of Student Conduct for additional disciplinary measures.





# STUDENT-ATHLETE HANDOOK

**SEXUAL MISCONDUCT**

USU Athletics does not tolerate any form of sexual misconduct, including sexual assault (penetration), sexual assault (sexual touching), sexual harassment, relationship violence (dating violence or domestic violence), and/or stalking. Individuals who engage in these behaviors may be subject to investigation and discipline through USU's Office of Equity, USU's Office of Student Conduct, and/or local law enforcement.

If an individual is found responsible for violating USU policy, that individual may receive a sanction ranging from a warning to expulsion from the University. Separate penalties can occur through the criminal process. In addition, a student-athlete may be removed or suspended from their athletic team and may lose their scholarship. For comprehensive details on USU's sexual misconduct policies, refer to

https://www.usu.edu/equity/.

**Sexual activity without consent is sexual assault.** A primary factor in sexual misconduct offenses is not obtaining consent. If you participate in a sexual act without the consent of the other party, you have engaged in sexual misconduct. Silence, the absence of a "no," or a prior sexual relationship does not mean the other party has consented to the sexual activity. An individual under the influence of drugs or alcohol that is at the point where they are incapacitated lacks the ability to provide consent. Your own intoxication is not an excuse to engage in sexual activity without consent.

Student-athletes should have conversations about boundaries and expectations with their partners or spouses before engaging in sexual activity or any other form of physical intimacy. It is important to be very clear with your partner about your boundaries, and to be very clear about and respect their boundaries, even if you do not like, or are frustrated by, the boundaries they have expressed.

Amorous (sexual or romantic) relationships between student-athletes and members of the Department of Athletics staff are not allowed.

**VICTIMS OF SEXUAL MISCONDUCT**

If you are a victim of any form of sexual misconduct, seek help immediately. You can contact any of the following USU and community organizations to report an incident or seek advice, counseling, or medical attention. More information about University and community support and reporting resources is available at

https://www.usu.edu/sexual-respect/.



 

# STUDENT-ATHLETE HANDOOK

Confidential Resources (for support):
- USU Counseling & Psychological Services (CAPS): 435-797-1012
- USU Sexual Assault & Anti-Violence Information (SAAVI): 435-797-7273
- Citizens Against Physical and Sexual Abuse (CAPSA): 435-753-2500 (available 24/7, 365 days/year)
- USU Student Health & Wellness Center: 435-797-1660
- Cache Valley Hospital (sexual assault forensic exams): 435-719-9700; 2380 N 400 E, North Logan

Non-Confidential Resources (for reporting):
- USU Office of Equity (Title IX Coordinator): 435-797-1266
- USU Police Department: 435-797-1939
- Logan Police Department: 435-716-9400

Notice of Non-Discrimination

USU is committed to a learning and working environment free from discrimination, including harassment. For USU's non-discrimination notice, see https://equity.usu.edu/non-discrimination.

## BANNED SUBSTANCES, DRUGS AND ALCOHOL

Any student-athlete who is found to have consumed a substance on the NCAA's list of banned drugs shall be declared ineligible from further participation in regular-season and post-season competition. It is your responsibility to ensure that over-the-counter drugs and supplements do not contain substances listed on the NCAA banned list. The list of NCAA banned substances includes the following substances and anything chemically related to these classes:  stimulants, anabolic agents, diuretics and other masking agents, street drugs, peptide hormones and analogues, anti-estrogens, and beta-2 agonists. The NCAA does not accept explanations for a positive test. Either you tested positive or you tested negative. If you are required to take any prescription medications that include a banned substance, you MUST inform the Athletic Training Room, so they can review whether this medication is a permissible exception to the banned substance rules. *Please contact Karl Smith in the training room at 435-797-3444 with any questions about banned substances.* The complete list of NCAA banned substances available at http://www.ncaa.org/2018-19-ncaa-banned-drugs-list.

In addition, all student-athletes must follow federal and state laws regarding drugs and alcohol. This includes no consumption of alcohol until the age of 21, not supplying alcohol to minors, or allowing minors to consume alcohol in your residence. Please refer to the USU Student Code for other policies, and remember that USU is a dry campus. In addition, you are not allowed to drink alcoholic beverages while on a road trip for






# STUDENT-ATHLETE HANDOOK

practice or competition. See your specific team rules for any additional or more restrictive policies for alcohol consumption. Although marijuana and its associated substances may be legal in other states, marijuana is an NCAA banned substance and the state law in Utah does not allow sale, possession or consumption of marijuana in any form. Please see the appendix for the USU Athletics Drug Screening and Substance Abuse Program policy.

## HAZING

USU does not tolerate hazing in any form. Hazing is any situation created intentionally that causes embarrassment, harassment, or ridicule and risks emotional and/or physical harm to members of a group or team, whether new or not, regardless of the person's willingness to participate. Examples of hazing include forced consumption of alcohol, forced activities for new team members to prove their commitment to the team, or other humiliating or illegal activities. Those who participate in hazing will be subject to discipline including and up to suspension/removal from the team, and cancellation, reduction, or nonrenewal of athletic scholarship.

## APPEAL/GRIEVANCE PROCEDURES

USU has appeal/grievance procedures through which students, including student-athletes, may voice complaints against fellow students, instructors, other university employees, etc. One appeal procedure is specific to student-athletes and addresses issues relating to financial aid (cancellation or non-renewal athletic scholarship). Another appeal procedure is available when Athletics denies access to the one-time transfer exception for immediate eligibility. Hearing committees for these appeals are composed of university faculty and staff.

In addition to financial aid and transfer appeals, USU also employs a student-athlete grievance/appeal procedure designed to address student-athlete concerns.  This is an internal and confidential (if possible) process for student-athletes to address complaints/issues relating to conflict with other student-athletes, coaches, or Athletics employees, and to address other athletically related complaints.

The student-athlete initiates this process by bringing the complaint to the sport administrator for his/her sport, the Senior Woman Administrator, Faculty Athletics Representative, or the Director of Athletics. The staff member who receives the complaint is responsible for keeping all information confidential (if possible) and for mediating the dispute between all parties involved. If necessary, the Athletics staff member who receives the complaint will involve the Director of Athletics, Senior Woman Administrator, the Faculty Athletics Representative, and/or another necessary university staff member to vet and resolve the issue. These senior administrators will work with the student-athlete to reach a conclusion on the complaint/issue.



 

# STUDENT-ATHLETE HANDOOK

**USU SOCIAL NETWORKING POLICY**

Student-athletes must be concerned with any behavior that might embarrass or misrepresent themselves, their teams, and/or USU. This includes any activities conducted online. Be conscious of any activity on social networking sites (Twitter, Instagram, Facebook, LinkedIn, Tinder, Tik Tok, Snap Chat, etc.) that might embarrass, falsely represent, or reveal confidential information about yourself, your team, and/or USU. USU supports the right to free speech, but still requires students as public representatives of the university to act responsibly. Anything you post, even on a private account may be seen by the public eye. The following social networking activities are prohibited:

- Images that are revealing or consist of individuals in compromising positions

- Postings that contain racial/gender discrimination

- Display of alcohol, banned or illegal substances, or inappropriate use of firearms

- Offensive or foul language

- Bullying or hazing activities

- Postings showing or promoting sexual misconduct or harassment

- Do not like, repost, share, etc. anything that contains or advocates the above items

Student-athletes who fail to follow these policies may face discipline including and up to suspension and removal from the team, and cancellation/reduction/nonrenewal of athletic scholarship.

**The USU Athletic Department also asks that the following points be taken into consideration:**

- Before participating in any online community, understand that anything posted online is available to anyone in the world. Any text or photo placed online is completely out of your control the moment it is placed online – even if you limit access to your site.
- To help ensure your personal safety, do not post your home address, local address, phone number(s), birth date, or other personal information.
- Exercise caution as to what information you post on your website about your whereabouts or plans. You could be opening yourself up to predators.
- Be aware of who you add as a friend to your site – some are looking to take advantage of student-athletes.





# STUDENT-ATHLETE HANDOOK

- Potential employers, internship supervisors, graduate programs, and scholarship committees also use these sites to screen potential candidates.

***It is a privilege to participate as a student-athlete in programs offered by USU or Athletics. Your actions not only reflect upon yourself but your fellow student-athletes, your team, the Department of Athletics and the University as a whole.***

As a USU student-athlete, you must understand that any social network review the Athletics Department (or any third party on behalf of the Athletics Department) may conduct is intended to educate you and other student-athletes about potential risks to reputation associated with electronic social networks and to promote an environment that results in success for student-athletes and for our teams, on and off the field.

## ACADMIC INTEGRITY VIOLATIONS

An instructor has full autonomy to evaluate a student's academic performance in a course. If a student commits an academic violation (Section VI-1, above), the instructor may sanction the student. Application of this sanction must follow Section VI-4 procedural policy. Such sanctions may include: (1) requiring the student to rewrite a paper/assignment or to retake a test/examination; (2) adjusting the student's grade - for either an assignment/test or the course; (3) giving the student a failing grade for the course; or (4) taking actions as appropriate. Additional disciplinary action beyond instructor sanction shall be determined by the Student Conduct Officer and the University.

The penalties that the University will impose on a student for the first Academic Integrity violation are:

1. Placement on academic integrity probation after the first offense.

The penalties that the University may impose on a student for multiple or egregious academic integrity violations are:

1. Probation-continued participation in an academic program predicated upon the student satisfying certain requirements as specified in a written notice of probation.
2. Probation is for a designated period of time and includes the probability of more severe disciplinary penalties if the student does not comply with the specified requirements or is found to be committing academic integrity violations during the probationary period. The student must request termination of the probation in writing.
3. Performance of community service.
4. Suspension-temporary dismissal from an academic program or from the University for a specified time, after which the student is eligible to continue the program or return to the University. Conditions for continuance or readmission may be specified.



 **STUDENT-ATHLETE HANDOOK** 

5. Expulsion-permanent dismissal either from an academic program or from the University.
6. Assigning a designation with a course grade indicating an academic integrity violation involving academic integrity. Conditions for removal may be specified, but the designation remains on the student's transcript for a minimum of one year; provided however, that once the student's degree is posted to the transcript, the designation may not be removed thereafter.
7. Denial or revocation of degrees.

 

# STUDENT-ATHLETE HANDOOK

## STUDENT-ATHLETE ACADEMIC SERVICES

USU is strongly committed to promoting academic and athletic achievement. The Student-Athlete Academic Services (SAAS) unit provides programing for student-athletes in the areas of academic, career, personal and social development. The goal is to support your pursuit of a degree while also preparing you for life after sports. SAAS also helps to determine that student-athletes meet and maintain NCAA, Mountain West, and USU academic eligibility standards. Each team is assigned an Academic Coordinator to assist them in meeting the eligibility standards mentioned above. The following pages provide important information pertaining to the list of services provided through SAAS.

### REGISTRATION AND ACADEMIC ADVISING

SAAS will help you understand university registration policies and procedures and will guide you through university registration expectations and timelines. **All student-athletes have early registration, allowing you to select and register for necessary courses before general registration opens for all students.** USU Athletics works to avoid scheduling of intercollegiate practices and competition that conflict with the instructional calendar, particularly during end-of-term examinations. However, competition schedules may create unavoidable conflicts.

Each student-athlete **must** meet with their major advisor to make appropriate course selections and the major advisor **must** sign the registration form. If you have any holds preventing registration, it is your responsibility to have the hold removed prior to registration.

### MAKE USE OF YOUR MAJOR ADVISOR AND CAMPUS RESOURCES

A major advisor is assigned to you upon entrance to USU during the orientation process. However, if you are unsure about selecting a major and/or a career, SAAS can help you. SAAS works cooperatively with Career Services and major advisors to help students choose an area of study that will both align with their stated goals and prepare for a career of their choice. Major advisors are highly knowledgeable about your program of study and will assist you in progressing toward your degree. It is ultimately your responsibility to utilize advisors and campus resources to identify your major and career path, to maintain NCAA eligibility within your chosen major, and to make progress toward graduation and your degree.

*For a complete list of Major Advisors, visit http://usu.edu/advising/advisors, or see your Academic Coordinator.*

### ADDING AND DROPPING COURSES

**SAAS maintains a registration hold on your account after the first week of classes through the last day to withdraw from classes every semester (excluding summer terms). This is a preventative measure to ensure you do not jeopardize**



12

# STUDENT-ATHLETE HANDOOK



**your NCAA eligibility. Before making a change to your schedule, you must have it approved by your Academic Coordinator so they can remove the registration hold, and inform you of eligibility and graduation plan-related considerations.**

**\*Adding a course:**
Courses may be added through the first week of class each semester without an instructor's signature. From the start of the second week of classes through the 15th day of the term, a course can be added but an instructor's signature is required. Any time after the 15th day of the term a class can be added but will require instructor signature AND a $100 late fee per class. The late fee is the student-athlete's responsibility (athletics scholarship/stipends will NOT cover the late fee). Please remember to obtain approval from your Academic Coordinator for any changes to your schedule.

**\*Dropping a course:**
Students may drop a course without a notation on their transcript through the first three weeks of the semester. If a class is dropped after the first three weeks, a "W" will be entered on your transcript in the same way a grade would be entered. The "W" means you have chosen to withdraw from the course. Dropping or Withdrawing from a course is not allowed after the ninth week of classes. **Instructors may drop students who fail to attend the first five days of class.** **Students are responsible for dropping any class they do not plan to attend.** *Dropping a course requires approval from your Academic Coordinator as doing so may affect your eligibility and/or graduation plan. Student-athletes must maintain full-time status (12 or more credits) at all times. Student-athletes must consult their Academic Coordinator prior to making any scheduling changes and to have the athletic registration hold removed.*

**\*All deadlines mentioned above are for full-term courses. 7-week courses have different deadlines. Consult your Academic Coordinator.**

**CLASS ATTENDANCE**
You are expected to attend all classes. However, you will miss some classes due to team competition. In turn, you are expected to do the following:

1. Introduce yourself to each of your professors at the end of the first or second day of class and provide them with a list of potential travel dates (get a travel letter from your Academic Coordinator).
2. Sit at the front of the class and be engaged.
3. Prior to departure for competitions, faculty will receive notice of a student-athletes absence(s) via GradesFirst. **Ask for information on assignments and notes being missed, and make arrangements to complete the assignments and/or exams prior to the time you leave for competition.**
4. Read each syllabus. Professors have different policies regarding missed work and make-up deadlines.





# STUDENT-ATHLETE HANDOOK

5. Contact your Academic Coordinator if you miss a class for any reason besides travel.
6. It is understood that sometimes there are extenuating circumstances (such as illness) in which you must miss a class. However, it is important to your academic success that you are in class AS OFTEN AS POSSIBLE. SAAS monitors class attendance and grades through communication with your instructors. Your attendance and course progress are recorded and reported to your coaches (including your head coach).

## ONLINE COURSE TEST TAKING

Many courses require that you take exams in the Testing Center, located on the south side of the Library, or through remote proctoring. *ONLINE EXAMS MAY NOT BE TAKEN IN THE LAUB COMPUTER LAB.*

## STUDY HALL

Many teams require their student-athletes to log a certain number of hours in study hall. The third-floor academic center (study center + computer lab) in the Laub Complex is where student-athletes check-in for study hall. The study hall area is a place for studying NOT socializing. You are expected to use it as a study space. Therefore, be quiet, be respectful to staff and other student-athletes, and follow all posted study hall rules. If rules are not followed, your coach will be notified and you may lose your study center privileges for the remainder of the semester or academic year.

USU Athletics will be adhering to campus COVID-19 protocol to ensure the safety of staff and student-athletes. The study hall area will be used for objective learning (mentoring) and specified tutoring sessions only. As the COVID-19 pandemic remains unpredictable, SAAS kindly asks for everyone's patience in the availability of the study hall area.

## PRINTING

Student-athletes will be able to receive free printing in the 3rd floor Laub Computer Lab.

## TEXTBOOK PICK-UP

For student-athletes on athletics book scholarship, you will pick-up your textbooks directly from the Campus Bookstore before the end of the first week of class. Many teams will have an assigned day/time to pick them up. You must have your USU ID in order to pick-up books. Print your booklist at the store entrance, pull all textbooks on the list, and check-out at the Customer Service window. ***DO NOT GET CALCULATORS or iCLICKERS -- EVEN IF THEY ARE LISTED AS REQUIRED. CALCULATORS and***



 

# STUDENT-ATHLETE HANDOOK

***iCLICKERS CAN BE CHECKED OUT FROM SAAS.*** When checking out, identify yourself by name and sport. If you drop a class after picking up books, keep the textbook for the class you dropped and return it with your other textbooks at the END OF THE SEMESTER. If you add a class after picking up books, return and follow the same process to acquire the new textbooks only.

*NOTE: Check that you have all the items listed on the receipt provided. If it is on the receipt, then it is due back at the end of the semester.*

## TEXTBOOK RETURN

All textbooks for scholarship student-athletes are due back to SAAS (**NOT THE BOOKSTORE**) by 4:00 PM on the last day of Finals Week. If you fail to return all or some of your textbooks by this time, you OWN them. You WILL be charged for the textbook at a buy back price that will be determined by USU Campus Bookstore. No returns will be accepted after 4:00 PM on Friday of Finals Week.

Consequences of non-returned books and calculators include:

1. Hold placed on your account for registration, transcripts, and graduation until the fees are paid.
2. No textbooks for the next semester will be issued until all fees have been paid.
3. All fees must be paid to Ronda Christoffersen, (the athletics business manager) in person on the second floor of the Spectrum.

*NOTE: If there are extenuating circumstances causing you to be unable to return any or all textbooks by the above mentioned time/date, you must clear this with your Academic Coordinator prior to 4:00 PM on the Friday of Finals Week.*

## NCAA ACADEMIC ELIGIBILITY REQUIREMENTS

The NCAA, Mountain West, and USU have multiple specific criteria each student-athlete must meet in order to be eligible for practice and competition during each year. It is critical that you understand these requirements and work closely with your Academic Coordinator to ensure you are meeting them. Please refer to the information below for your eligibility requirements.

**For ALL Undergraduate student-athletes:  You must be enrolled in 12** credit hours at all times to practice, receive aid, and compete.**

**First Year: In order to be considered eligible:**
- You **must** pass 24 applicable credits prior to the start of your 3rd full-time semester (Fall and Spring and can include summer before and after first year if you enroll early for summer bridge)
- You **must** pass a minimum of 6 applicable credits each semester




# STUDENT-ATHLETE HANDOOK


- o *Football student-athletes must pass a minimum of 9 applicable credits in the Fall semester*
- *You **must** pass 18 credit hours (do not have to be applicable) between the fall and spring semesters.*

You need to have a 1.8* USU GPA PRIOR to the start of your third full-time collegiate semester.

**Second Year:  In order to be considered eligible:**
- You **must** pass a minimum of 6 applicable credits each semester.
  - o *Football student-athletes must pass a minimum of 9 applicable credits in the Fall semester.*
- You **must** pass 18 credit hours (do not have to be applicable) between the fall and spring semester.
- You need to maintain a 1.8* USU GPA
  - o You need to have a 1.9* USU GPA PRIOR to the start of your fifth full-time collegiate semester
- You need to declare a major and meet 40% of degree progress toward that specific major PRIOR to the start of your fifth full-time collegiate semester

**Third Year: In order to be considered eligible:**
- You **must** pass a minimum of 6 applicable credits each semester AND
  - o *Football student-athletes must pass a minimum of 9 applicable credits in the Fall semester.*
- You **must** pass 18 credit hours (do not have to be applicable) between the fall and spring semester.
- You need to maintain a 1.9* USU GPA.
  - o You need to have a 2.0* USU GPA PRIOR to the start of your seventh full-time collegiate semester.
- You must meet 60% of degree progress toward your specified major PRIOR to the start of your seventh full-time collegiate semester.

**Fourth Year/Post-eligibility**

- You **must** pass a minimum of 6 applicable credits each semester AND
  - o *Football student-athletes must pass a minimum of 9 applicable credits in the Fall semester.*
- *You **must** pass 18 credit hours (do not have to be applicable) between the fall and spring semester.*
- You need to maintain a 2.0* USU GPA AND
- You must meet 80% of degree progress toward your specified major PRIOR to the start of your ninth full-time collegiate semester.



  # STUDENT-ATHLETE HANDOOK  

*\*Please note that GPA requirements for specified majors could be higher than the 2.0 needed for NCAA Eligibility purposes. It is important to know your major's GPA requirements and adhere to them.*

*\*\*Please note, International students must be enrolled in 12 credit hours to be considered full time. Of those 12 credit hours, at least 9 credit hours must be in person (or broadcast). Blended and online DO NOT count as in person.*

### NCAA PROGRESS TOWARD DEGREE PERCENTAGES
- 40% of degree progress toward your specified major entering your 5th semester
  - 48 credits completed out of 120
- 60% of degree progress toward your specified major entering your 7th semester
  - 72 credits completed out of 120
- 80% of degree progress toward your specified major entering your 9th semester
  - 96 credits completed out of 120

**For ALL Graduate student-athletes:  You must be enrolled in 9\*\*\* credit hours at all times to practice, receive aid, and compete.**

- You must pass a minimum of 6 applicable credit each semester AND
- You need to maintain a passing GPA in your respective graduate program.

*\*\*\*Please note, International students in a graduate program must be enrolled in 9 credit hours to be considered full time. Of those 9 credit hours, at least 6 credit hours must be in person (or broadcast). Blended and online DO NOT count as in person.*

### COMMON UNIVERSITY ACADEMIC POLICIES
- **Pass/D+, D, F Option:** If you desire a Pass ("P") instead of a regular grade in a course, you must request a pass/fail form from the Registrar's Office. The form must be signed by your major advisor and returned to the Registrar's Office by approximately week 10 of the semester (7-week semesters have different timelines). You must earn at least a "C-" in the course to be given a "P" for a grade. Otherwise you will earn a grade of a D+, D, or an F on your transcript. *Some major required courses do not allow Pass/Fail grades to satisfy graduation requirements. Consult with your major advisor to determine if pass/fail is an option for required courses.*
  - The form is called Registration Options Form and can be found at: https://www.usu.edu/registrar/forms/registration.
- **Repeating Courses:** Students may repeat any course at USU for which they were previously registered. You may take the same class a total of three times (the initial time and two repeats). Upon completion of the course, the



 

# STUDENT-ATHLETE HANDOOK

replacement of your grade should automatically post to your transcript. *The most recent grade earned will replace all previous grades, even if the most recent grade is lower than the previously earned grade*. Note: Some majors allow a limited number of repeated courses in order to continue progress in the degree program.

- **Withdrawal from the University/Leave of Absence:** If you leave the university at any time during a semester, SAAS <u>cannot</u> withdraw you from your courses. It is your responsibility to complete this withdrawal with the Registrar's Office. Depending on when your courses end (i.e. if it is a 7-week course) and when you choose to withdraw, do so as soon as possible in the semester to prevent an "F" from being posted on your transcript and to receive any possible refund available. *Please note that a student-athlete on athletic scholarship will likely not receive any refund regardless of when the withdrawal is processed.*
    - The form to complete for a withdrawal is called a Leave of Absence and is available at: https://www.usu.edu/sots/loa.
- **Academic Standing:**
    - **Academic Warning:** A student is placed on Academic Warning if they have less than 36 attempted credits with a cumulative USU GPA below a 2.0.
        - A student remains on warning until their cumulative and semester USU GPA is above a 2.0.
        - Freshmen who were placed on warning will be put on Academic Probation if the next semester results in a cumulative and term USU GPA below a 2.0.
    - **Academic Probation:** A student is placed on Academic Probation if they have attempted 36 or more credits and their cumulative USU GPA drops below a 2.0.
        - A student remains on probation until both their term and cumulative USU GPA is above a 2.0.
    - **Academic Suspension:** A student that is on probation will be academically suspended if the next consecutive semester still results in a cumulative USU GPA below a 2.0. Once suspended, students are unable to attend USU for two semesters at which time they may reapply for admission to the University. *There are no appeals.*
- **Requesting Transcripts:** In the event you need an official transcript, you can request one (or several) by going to: https://www.usu.edu/registrar/records/transcripts and following the links to the appropriate transcript delivery venue of your choice. *SAAS cannot request official transcripts for you.*



 

# STUDENT-ATHLETE HANDOOK

**LEARNING & EDUCATIONAL ASSISTANCE PROGRAM**

**Academic Mentoring**
Mentors assist student-athletes in balancing the time demands of athletics and academics during their time at USU. Mentors help student-athletes with remediation in developing study skills, tracking academic progress, planning a weekly course of action for completing tasks and mapping out assignments, as well as other areas determined by the mentor, student, and Learning Specialist. This is done with the intention of helping the student-athlete develop the skills needed to become a successful independent learner. Students may request an Academic Mentor, but they are typically assigned based on multiple factors including: test scores, GPA, education impacting disabilities, etc.

**Tutoring**
Any student-athlete who desires additional support with their academics may request a tutor. Trained students offer individual and small group tutoring sessions throughout the semester. Tutors are available at no cost to the student-athlete and cover the majority of courses offered at USU. All tutoring takes place in the Jim and Carol Laub Athletics-Academic Complex, unless otherwise approved by the Learning Specialist. All tutor requests will be made through GradesFirst, no exceptions will be given. Your Student Success Advisor can assist you in requesting a tutor if you do not know how. If a tutor is available for the requested course, students should expect to be paired within 48 hours. If there is not a tutor available, we will attempt to find one, or point students in the direction of other campus resources.

**Review Sessions**
Review sessions are also available throughout the semester. Trained upperclassman will conduct review sessions to help meet the needs of student-athletes. These sessions are at no cost to the student-athletes and cover a wide range of courses. Offerings depend on demand and change from semester to semester.

**Monthly Study Skill Workshops**
Student-athletes with a GPA below 2.5 will attend a monthly workshop facilitated by the Learning Specialist, where they will practice skills to implement into their studying and coursework. Topics include notetaking, textbook reading, time management, test preparation, test-taking, etc.

**Learning Specialist Assistance**
A Learning Specialist is available to assist student-athletes on a daily basis. If a student-athlete is concerned, and/or needs testing for a learning challenge, then they should see the Learning Specialist. Student-athletes can also set-up meetings with the Learning Specialist for assistance with study skills, note taking, time management, test anxiety, and other personalized assistance.



 

# STUDENT-ATHLETE HANDOOK

**LAUB ATHLETICS-ACADEMICS COMPLEX COMPUTER LAB POLICY**

- **Student-athletes are not permitted to complete online exams in the athletics computer lab**. A violation of this policy will result in a student-athlete losing privileges to utilize the computer lab.
- Food and drink are PROHIBITED in the computer lab. If you are seen with food or drink in the computer lab, a SAAS staff member will ask you to save what you are working on and ask you to leave the computer lab immediately. Each incident will be tracked and recorded. Habitual offenders may lose computer lab privileges.



# STUDENT-ATHLETE HANDOOK



## ACADEMIC ACHIEVEMENT AWARDS

**WHITESIDES SCHOLAR-ATHLETE AWARDS**

Every student-athlete who achieves a 3.2 cumulative USU GPA is invited to a formal banquet held each spring, where they are recognized and presented an award for this achievement.

**ACADEMIC TEAM AWARDS**

Each year at the Whitesides awards luncheon, teams are awarded for the following:

- Outstanding team, 20 or more members
- Outstanding team, fewer than 20 members
- Most Improved Team (largest increase in team GPA from fall-to-fall)

**MOUNTAIN WEST ACADEMIC ALL-CONFERENCE**

To be eligible for selection, student-athletes must have completed at least one academic term at USU while maintaining a cumulative grade point average of 3.0 or better, and have competed in at least 50% of their team's contests.

**MOUNTAIN WEST SCHOLAR-ATHLETE**

To be eligible for selection, student-athletes must have completed at least one academic team at USU while maintaining a cumulative grade point average of a 3.0 or better, and have competed at least once during their season.

**JOE E. WHITESIDES SCHOLAR-ATHLETE AWARD**

This award is presented to the student-athlete who, at the end of the spring semester, will exhaust his/her athletic eligibility and has the highest cumulative grade point average among those who qualify.

 

# STUDENT-ATHLETE HANDOOK

## ATHLETE DEVELOPMENT

**A-Game**



**"Building Success in Life and Sports"**

**Vision**
A-Game is committed to providing comprehensive programming that cultivates a holistic student-athlete experience and prepares them for life after sports.

**What we believe**
Utah State Athletics has chosen some of the most intellectually and athletically talented student-athletes from across the world. We must challenge our student-athletes to maximize their potential as it pertains to personal growth, career readiness, and community engagement.

**Cohort based program**
Will focus on incoming freshmen and sophomore cohorts to establish a strong foundation and efficient programing. A-Game will take place in both the fall and spring semesters.

**A-Game canvas page**
The A-Game Canvas page will serve as an online learning educational tool for information, resources, and curriculum for A-Game programming. Student-athletes will be added to the Canvas page by Student-Athlete Academic Services. A-Game will collaborate with the USU 1010 Connections course in the fall semester to deliver programing for the freshmen cohort.

**Program components**
Year One: Transition/Engagement
- Will cover: Well-Being, Healthy Relationships, Fiscal Literacy I, Entrepreneurialism, Resiliency and USU Aggie Network
Year Two: Leadership/Inclusion



 

# STUDENT-ATHLETE HANDOOK

- Will cover: Inclusion Communication Workshops, Leadership Workshops, Cultural Workshop and USU Network

Year Three: Career Readiness
- Will cover: Career Conferences, Career Readiness Course, Fiscal Literacy II, Internships and USU Aggie Network

Year Four: Aggies for Life
- Will cover**:** Student-Athlete Transition Workshop, Exit Survey, Employment Journey, Graduation

**USU athletics commitment**

Outside of student-athlete's individual performances and team performance in athletics and academics, USU's commitment to student-athletes is demonstrated in the following areas:

**Personal Development**

- Incoming student-athletes participate in USU 1010 - Connections, a course designed to aid in their transition to USU and Division I athletics.
- Returning student-athletes have the opportunity to participate in Athletic Transitions, a course designed to aid their transition from USU and athletics to life after college.
- Returning student-athletes are given the opportunity to apply and interview for the Student-Athlete Mentor (SAMs) program to receive leadership training and serve as a peer mentor.
- Every team has at least one team member who serves on the Student-Athlete Advisory Committee (SAAC).
- Many teams meet with individuals regarding mental health, nutrition, safety, sport psychology and many other topics.

**Career Development**

- Student-athletes have the opportunity to meet with Career Coaches from USU's Career Services to review resumes and cover letters.
- Student-athletes are nominated to attend the NCAA Leadership Forum.
- Student-athletes are nominated to attend the NCAA Career in Sports Forum.

**Community Engagement**

- Student-athletes participate in community events that include, but are not limited to: Reading Buddies, Festival of Trees and Special Olympics Basketball. Student-athletes attend numerous other events to benefit the Cache Valley community and local schools.



 

# STUDENT-ATHLETE HANDOOK

- Student-athletes also collect unused toiletries to benefit a local shelter and pop tabs to assist in various charities' fundraising efforts.
- COVID-19 may limit the frequency of opportunities for community engagement. SAAS will abide by all USU and State of Utah guidelines for COVID-19 safety.


**Name, Image and Likeness**

USU Athletics prohibits NIL activities that conflict with the student-athlete's academic (e.g. missed class) or athletic (e.g. competition) obligations or requirements.


## STUDENT-ATHLETE ADVISORY COMMITTEE

The Student-Athlete Advisory Committee (SAAC) provides a voice for the student-athletes. SAAC is designed for team leaders to provide insight on the student-athlete experience. The committee also offers input on rules, regulations, and policies that affect student-athletes' lives. The membership is comprised of representatives from each sport who serve as the governing body of USU student-athletes. SAAC meets monthly and provides many opportunities for student-athletes, including the following:

- Communication with staff and student leaders from USU's campus and the Athletics Department.
- NCAA and Mountain West Conference legislation voting.
- Discussion of issues surrounding the student-athlete.
- Involvement in community outreach.
- Planning USTARS, an event to recognize the athletic achievements and non-athletic talents of USU student-athletes.
- Leadership experience.

Two members of the USU SAAC will be selected to represent our student-athletes on Mountain West SAAC. These representatives are selected through the conference SAAC selection and voting process. Student-athletes will also be selected to be on Athletic Council committees and campus student organization committees.

Follow @USUSAAC and @MW_SAAC for updates about upcoming events, service opportunities, and student-athlete accomplishments. Additional information about USU SAAC can be found at www.utahstateaggies.com/saas/saac.



# STUDENT-ATHLETE HANDOOK

## STUDENT-ATHLETE SUPPORT SERVICES

### THE COMMITMENT TO ATHLETICS EXCELLENCE

A wide array of support services exists to help Aggie teams and student-athletes reach their competitive potential. The information in this section provides an overview of these support services.

**Media Relations: 435-797-3714**

Media relations works to publicize the efforts of student-athletes, both athletically and academically, in local, regional, and national media outlets.

Media wishing to interview student-athletes are asked to work with the Media Relations staff to set up interviews. **We ask that student-athletes instruct any media that approach them to contact the USU's Media Relations team first.** Media Relations reserves the right to decline interview requests when appropriate. Please note: Media Relations will not distribute your phone number to any media, unless you have given permission to do so.  If you have any questions or problems dealing with media, please contact Media Relations at the number listed above.

For the Athletics Department, Media Relations produces media guides, press releases, game programs, and newsletters, while coordinating interviews and overseeing the department's website. Media relations hosts media at home events, coordinates press box operations, compiles game statistics, and sometimes travels with USU's athletic teams. The Media Relations office is responsible for getting information about all athletic events to the media, conference offices, NCAA, and on the department website (www.UtahStateAggies.com).

**Strength & Conditioning: 435-797-8031**

USU's Strength & Conditioning program is centered around the overall development of the student-athlete. Through each sport and individual training program they look to improve strength, speed, power, agility, coordination, mobility, conditioning, and decrease the risk of injuries. They also provide a program that is physically and mentally challenging to help prepare and improve sport skills. The Strength Staff is here to aid in all your athletic goals as part of the sports medicine circle and will provide programming for nutrition, recovery, and overall physical preparation.

General Weight Room Rules

1. The weight room is for varsity student-athletes only.
2. A member of the strength staff must be present for all workouts.






# STUDENT-ATHLETE HANDOOK

3. Team and or individual training times are set with you and your sport coaches (this is not a 24-hour fitness center). Communication between you and your assigned Strength & Conditioning coach is very important.
4. When training, proper workout attire must be worn at all times. This will be set by your sport and strength coaches.
5. Gum is prohibited in the strength and conditioning facilities.

**Ticket Office & Distribution: 435-797-0304**

The USU Athletics Department may provide up to four complimentary admissions per home contest and two to four complimentary admissions for away contests to student-athletes in the sport in which the individual participates. Complimentary admissions to away contests are provided to traveling student-athletes only. The Athletics department may provide each student-athlete who participates in or is a member of a team participating in an NCAA championship or bowl game with up to six complimentary admissions to all contests at the site at which the student (or team) participates. Student-athletes may not receive payment from any source for complimentary admissions and may not exchange or assign them for any item of value. Student-athletes may not provide their complimentary admission to an agent or any representative of an agent.

For sports with ticketed competitions, student-athletes must request complimentary admissions for their guests through the ARMS system by the announced deadline for the competition.

*ALL COMPLIMENTARY TICKET NUMBERS ARE AT THE DISCRETION OF ADMINISTRATION, COACHES, AND INDIVIDUAL TEAM RULES.*

**Equipment Room: 435-797-1270**

There are two equipment rooms on campus: Equipment for Football, Soccer, Softball, Track and Tennis are issued from the Laub Athletics-Academics Complex. Equipment for Men's and Women's Basketball, Volleyball and Gymnastics are issued from the Spectrum Equipment Room.

- Student-athletes are financially responsible for all equipment and uniforms issued to them. Do not throw anything away. If it is worn out, return it to the equipment room for replacement.
- Do not alter or cut any part of issued equipment or uniforms. Workout and practice gear are to be used only for its intended purpose.
- Please lock your lockers, even if you are only stepping away from it for a few minutes.
- Student-athletes will be billed for replacement costs of items. Other student-athletes will have their transcripts held until the matter is resolved.





# STUDENT-ATHLETE HANDOOK

- After every game and practice, you are responsible for turning in your own gear. Do not have someone else do it for you. Remember you are financially responsible for everything issued to you.
- Student-athletes are not to come into the equipment room unless they are invited to do so by someone on the equipment staff.
- Only university issued clothing will be washed. Laundry should be turned in quickly after practice to be washed.

## LETTER AWARDS

Upon the completion of a sport's regular season, the head coach, or a designee, must access the shared google document titled *Utah State Student-Athlete Letter Awards Tracking* Sheet and submit their list of letter winners under their assigned sport tab. This list is then reviewed by the Compliance Office, Sport Administrator and Equipment Room. It is the responsibility of each head coach to inform their student-athletes of their letter winner status.

In order to be eligible for a letter award a student-athlete must compete in at least 50% of their sport's "in" season competition as determined by the head coach. If a student-athlete does not meet the 50% criteria the head coach may submit a student-athlete's name, with justification, to their sport administrator for review and potential approval of a letter award.

Student-athletes may qualify for up to three letter awards during their career. There is no charge for letter awards. The range of awards are:

- 1st year – Letter Jacket
- 2nd year – Stadium Blanket
- Graduate of USU* – Ring

***How to Obtain Letter Awards:*** Contact the Equipment Room at 435-797-3255. Letter awards for fall sports will be given out the first week of the following spring semester. Letter awards for winter sports will be given out the week before spring semester finals. Letter awards for spring sports will be given out after the conclusion of their season of play, and the head coach or their designee must coordinate with the Equipment Room regarding distribution of the awards. Coaches who choose to distribute awards at a team event must coordinate pick up of letter awards from the equipment room.

*\*Rings will not be issued through the Equipment Room. To obtain a graduation ring, the student-athlete must complete an exit interview with a designated sport administrator and have their graduation status officially posted to their transcript. The student-athlete is also responsible for replying to requests for address and ring size by any member of the athletic department staff by the deadline specified. Failure to respond by the deadline provided will result in non-receipt of ring. Rings are ordered one time per year after summer graduation and are coordinated by Student-Athlete Academic Services.*





# STUDENT-ATHLETE HANDOOK

**Graduation Rings Requirements:**

In order for a student-athlete to be eligible for a graduation ring a student athlete must meet the following requirements:

- Must spend at least one full season as an eligible member of their respective team
- Must graduate with either an undergraduate or postgraduate degree*
- Must be on the team during the academic year of graduation**

*Students will only receive one graduation ring at the completion of their first degree at Utah State. A student who returns and receives a graduate degree or second baccalaureate will not receive another ring.

**If a student-athlete graduates after they exhaust eligibility (i.e. 5th year aid OR fall sport athlete graduating in spring) a student-athlete will be honored with a graduation ring after they graduate.

Special circumstances will be reviewed on a case-by-case basis

**SPORT MEDICINE/ATHLETIC TRAINERS: 435-797-3636**

It is the responsibility of the Department of Athletics and Student Health Services to provide adequate opportunity for the student-athlete to receive proper care and confidentiality. This also includes resources for those experiencing any of the following: eating disorders, mental health and/or psychological disorders. The Department of Athletics and Student Health Services work together and follow established guidelines in order to ensure each student-athlete is given the best care possible. Each case is sensitive and will be handled on an individual basis with the long-term health of the student-athlete remaining the priority.

***For complete details on all sports medicine policies and procedures, please contact the training room directly. Policies are established for, but not limited to the following areas: use of the training room, medical emergencies, drug screening, banned substances, supplements, sickle cell testing, eating disorders, psychological or mental disorders, pharmacy protocol, pregnancy, and required forms.***

*Medical Clearances and Insurance for Student-Athletes*

No individual will be permitted to return to varsity participation after any acute illness, operation, or after being in the care of an independent practitioner without consent of the team physician.






# STUDENT-ATHLETE HANDOOK

If an individual is injured while participating in a supervised game, practice or scrimmage or while in transit from campus to another institution to participate in a scheduled event, Utah State will have secondary insurance responsibility. Our department is required by University regulation to investigate and determine if the injured athlete has their own policy or is covered by a policy of their parents. If such policies exist, a claim will be filed with that policy. Your assistance in supplying this basic information will greatly expedite the processing of claims. USU's athletic insurance coordinator will assist in the coordination of all insurance claims. If no policy exists, Utah State University assumes primary responsibility for authorized procedures and expenses. Utah State University Athletics' is not responsible for medical expenses that are considered general health care of the student athlete. General health care concerns are the primary focus of the Student Health Services and are available to the student athlete on the same basis as the general student. General healthcare includes but is not limited to appendicitis, tonsillitis, wisdom tooth removal, etc. The athletic training staff is available to help in the coordination and direction of all medical concerns of the student athlete.

If an individual is injured while practicing or participating in an intercollegiate program, they should, regardless of how minor, report this to the team athletic trainer. Necessary referrals will be made as required. Under no circumstances should an individual seek other care without proper referral by the team physician or the team athletic trainer. If an individual seeks such non-referred care, they should be prepared to pay for such services.

Utah State University Athletics Department will not assume liability for off-campus medical, dental treatment or hospitalization of any kind for athletic injuries without prior referral by the team physician, or in his absence, the team athletic trainer or head coach.

### *Medical Forms*

Any participating athlete must have a complete physical by a team physician prior to any participation in his/her sport. The athlete must complete a Medical History Form, and the Physical Form. These are kept in the training room files for quick reference. Pre-existing injuries will be the responsibility of the student-athlete.

Every student-athlete at USU must have on file with the athletics training room a Parents Authorization Form or, if married, an Authorization for Athletics Insurance. These forms make it possible for the Insurance Coordinator to file claims on athletic related injuries as soon as the bills are presented.

All non-scholarship student-athletes are required to have proof of insurance before being medically cleared.





# STUDENT-ATHLETE HANDOOK

Student-athletes who are referred to doctors for evaluation or for x-rays or other medical services must obtain an Authorization for Treatment Form, or a Referral Form must be on file with the USU athletics training staff.

### Athletic Training Room Policies

The training room is a health care facility intended for the prevention, care, and rehabilitation of injuries; it is not a lounge. In order to ensure the most efficient care is given, it is necessary that you observe all athletic training room rules. These are posted for your information. Vulgar language will not be tolerated.

Everyone reports to all practices unless directed by the athletic training staff. Appropriate dress should be worn as directed by the athletic training staff. Injured athletes will be assigned rehabilitation exercises that will enhance recovery and maintain conditioning. Do not leave the practice field because of an injury or illness without the permission of the athletic training staff. The following is a list of terms used to describe what injured athletes may do during practice:

- **FULL**: student-athlete to participate in all activities.
- **AS TOLERATED:** student-athlete can participate as they feel fit. If the injury hurts or worsens, it is their responsibility to let a member of the medical staff know and their workout will be adjusted accordingly.
- **LIMITED**: indicates ability to participate on a partial level. Activities will be adjusted according to the specific injury and sport.
- **NO CONTACT**: no physical contact; may participate in speed, agility, or conditioning
- **OUT:** Unable to dress for or participate in practice or competition

Injured players must report to the training room daily for treatment. You will be expected to get as many treatments per day as scheduled by the athletic training staff. Rehab will be done in the morning or early afternoon hours before practice. Other treatment times are available by appointment. The training room will be open from 9:00 a.m. until 11:45a.m. and from 1:30 p.m. on for general treatments during the week. Injured players, unless attending classes, are expected to report for rehabilitation and treatments as directed by the sports medicine staff. An injured player will be included in the injury report until the athlete is released from daily treatment by the athletic training staff. Failure to complete the prescribed treatment will be reported to the coaches for appropriate discipline.

### Additional Policies

1. Report all injuries and illnesses to the training staff, no matter how small or insignificant, as soon as possible. In case of emergency or serious illness during the night, report directly to the emergency room at Logan Regional Hospital or Cache Valley Specialty Hospital.






# STUDENT-ATHLETE HANDOOK

2. No tobacco chewing in the entire facility, which means in the locker room, athletic training room, or weight room.
3. No cleats/spikes in athletic training room.
4. Athletes must rinse off before entering therapy pools.
5. Appropriate clothing is required in therapy pools.
6. Vulgar language will not be tolerated.

### Pharmacy Policies

The athletic department is only allowed to pay for medicine related to athletic injuries. During the competitive season, the athletic department may pay for medicine for conditions that may prevent the athlete from playing and practicing.

### Dental Policies

The athletic department is only allowed to pay for dental injuries (fracture, knocked out tooth, etc.) that occurred during a regularly scheduled and supervised practice or event. General dental care (cleaning, toothaches, etc.) is the responsibility of the athlete.

### Training Room Locations

It is our objective to maintain your health and to prevent injuries and illness. In order to do this, USU houses four main athletics training facilities:

- Mildenberger ATC: Serves all male and female student-athletes; open all year.
- Smith Spectrum: Serves men's and women's basketball and gymnastics.
- HPER (Health, Physical Education and Recreation): Serves gymnastics
- WEC (Wayne Estes Center): Serves women's volleyball and men's and women's basketball.

### Medical Emergency Procedures

In the case of an after-hours emergency call 911, after calling 911, call the Head Athletic Trainer-Mike Williams, cell (435) 881-8019, or one of the assistant athletic trainers listed below. If it is not a non-emergency after-hours then call your athletic trainer.

- John Lee: 801.712.4921
- Paul Bugnet: 801-726-0565
- Leah Dunagan: 440-552-6154
- Brady Mollner: 801.808.5899
- Kendra Gilmore: 435.994.4872
- Amanda DiEnno: 253.549.5877

If still unable to contact anyone on the athletics medical staff regarding a non-emergency, the injured student-athlete should contact their coach and go to the emergency room at either Logan Regional Hospital or Cache Valley Specialty Hospital.



# STUDENT-ATHLETE HANDOOK

Logan Regional Hospital
1400 North 500 East
435-716-1000.

Cache Valley Specialty Hospital
2380 North 400 East
435-713-9700

At the hospital, make sure they know the injured person is a USU athlete and have them immediately contact Dr. Tye Harrison or Dr. David Liddle.

***Remember, Utah State University is financially responsible for athletic injuries occurring only in official practices and competitions sponsored by the Department of Intercollegiate Athletics.  General health care is the responsibility of the student athlete.***

### USU Medical Disqualification

When a student-athlete sustains an injury which is deemed career ending and is "Medically Disqualified" by the designated USU team physician, the following policies apply.

If the student-athlete is receiving an athletic scholarship, the athletic department will continue to provide scholarship funds as long as he/she stays on a reasonable established graduation track. The department will cover all medically disqualified student-athletes in this manner with the following exceptions:

- The student-athlete decides to discontinue enrollment for a semester or longer.
- The student-athlete fails to maintain progress toward degree eligibility requirements.
- The student-athlete fails to maintain the appropriate grade point average required to graduate in their degree program.
- The student-athlete is not eligible for continued enrollment by other university protocol.
- Policy extends through the competition of the fourth year.

### Pregnancy Policy

Any student athlete who becomes pregnant during her athletic eligibility is encouraged to consult with the Head Athletic Trainer, Team Physician, Director of Athletics, Director of Student Health, and/or her Head Coach.  The health and wellbeing of the student athlete, as well as the child, will be the top priority in any decision that is made.  The student athlete's status of participation will be determined on an individual basis and in conjunction with the advice of her Obstetrician, the Team Physician, and the Head Athletic Trainer.  No student-athlete will be allowed to participate when there is an increased risk to the health of the student athlete or the child.

Pregnancies occurring during the eligibility of any student athlete will not affect the grant-in-aid, scholarship, of the student athlete.  Any institutional financial aid will not be

 

# STUDENT-ATHLETE HANDOOK

revised or adjusted, during the period of its award, based on the athlete's ability to perform or contribute to a team's success.

### *Drug Screening and Substance Abuse Program*

Provided in the appendices is a complete copy of the Department of Intercollegiate Athletics drug screening and substance abuse program policies and procedures, including information about the Safe Harbor Program and appeals process.

Visit: www.utahstateaggies.com for complete program details or www.ncaa.org for prohibited substances. Please contact Mike Williams with any questions regarding banned substances at 435-797-3636 or 435-881-8019.

## NCAA COMPLIANCE

### GENERAL REGULATIONS

USU is committed to conducting its athletic programs in accordance with the NCAA rules. The following is only a summary of NCAA rules. More can be found on the USU compliance website or by talking to the Compliance Office. Remember that "Compliance Counts!" If you ever encounter a situation that could involve an NCAA rule, contact the Compliance Office immediately (435-797-9448 or 435-797-1853).

### STUDENT-ATHLETE COMPLIANCE FORMS

All student-athletes are required to complete compliance participation forms in the fall or when added to a roster. Forms are electronic and housed on the ARMS Roster Management Software. Compliance will send the forms to student-athletes electronically. All forms must be completed before any student-athlete can practice.

### UNETHICAL CONDUCT

Unethical conduct by a prospective or current student-athlete could result in immediate ineligibility for practice, competition and athletics aid. Unethical conduct by a prospective or current student-athlete or a current or former institutional staff member includes the following:

- Refusal to furnish information relevant to an investigation of possible violation(s) of NCAA regulation(s) when requested to do so by the NCAA or the individual's institution.
- Knowingly furnishing the NCAA or the individual's institution false or misleading information concerning the individual's involvement in, or knowledge of, matters relevant to a possible violation of NCAA regulations.
- Known involvement in arranging fraudulent academic credit or false transcripts for a prospective or an enrolled student-athlete.



 

# STUDENT-ATHLETE HANDOOK

- Known involvement in offering or providing a prospective or an enrolled student-athlete an improper inducement or extra benefits and financial aid.

## AGENTS

Student-athletes with eligibility remaining may not enter into a written or verbal agreement to be represented by an agent who will market their athletic ability (exceptions apply in specific circumstances). In addition, agents may not provide benefits to student-athletes. USU Athletic Department policies require agents (and runners) to register with Compliance before a student-athlete may communicate or interact with that agent. Agents (and runners) may request permission to contact a student-athlete by completing an Agent Registration Form. Student-athletes should not communicate with agents until permission is given by Compliance.

## AMATEURISM

All student-athletes must be amateur athletes. A student-athlete loses his/her amateur status and will not be eligible for intercollegiate competition if he or she:

- Uses their athletic skill (directly or indirectly) for pay in any form in that sport.
- Accepts a promise of pay even if such pay is to be received following completion of intercollegiate athletics participation.
- Signs a contract or commitment of any kind to play professionally, regardless of its legal enforceability or any consideration received.
- Receives, directly or indirectly, a salary, reimbursement of expenses or any other form of financial assistance from a professional sports organization based upon athletic skill or participation except as permitted by NCAA rules and regulations.
- Enters into a professional draft or an agreement with an agent.

Outside (non-USU) competition can jeopardize a student-athlete's amateurism. All student-athletes are required to obtain written approval from the Compliance Office PRIOR to participating in any outside competition.

## GAMBLING AND BRIBERY

Student-athletes may not be involved in any type of sports gambling. This restriction applies to any level of sports including both college and professional sports.

*REMEMBER: RISK + REWARD = VIOLATION*

The prohibition against gambling applies to the following activities:

- Providing information to an individual in organized gambling activities.
- Soliciting or accepting bets on any intercollegiate athletics team for any item that has value (cash, shirt, dinner, etc.).



 

# STUDENT-ATHLETE HANDOOK

- Participating in any gambling activity through a bookmaker, those working with a bookmaker, parlay card or any other method of organized gambling. This includes a "pool," internet or newspaper competition and fantasy leagues.
- Accepting any "free rides" in the form of meals, gifts, etc., to alter the outcome of any contest. You are required by both the Athletics Department and the NCAA to report any individual who offers gifts, money or favors in exchange for supplying information or attempting to alter the outcome of any contest.

## EXTRA BENEFITS

An extra benefit is any special arrangement by an institutional employee or a representative of the institution's athletics interests (aka booster) to provide a student-athlete or the student athlete's relative or friend, a benefit not expressly authorized by NCAA legislation. Receipt of a benefit by student-athletes, their relatives, or friends is not a violation of NCAA legislation if the same benefit is generally available to the institution's students, their relatives, friends, or to a particular segment of the student body (e.g. foreign students or minority students) determined on a basis unrelated to athletics ability or notoriety.

## WHAT DOES THE EXTRA BENEFIT RULE MEAN?

*Housing:* Each student-athlete must pay the going rate for their on or off-campus housing. There should not be any "special deals" to benefit a student-athlete. All student-athletes living off campus must pay rent regularly and cannot receive free housing. Be especially careful to avoid circumstances where you move into a home owned by the parents of a roommate. Often the NCAA considers any "special deal" received by a student-athlete to be based upon the notoriety obtained as a result of status as a student-athlete and thus an impermissible extra benefit.

*Automobiles:* Any vehicle that you drive must be titled in your name or in the name of a family member and be acquired legitimately. Boosters or other "outside sources" may not be involved in the purchase or acquisition of the vehicle. Student-athletes may not borrow a vehicle from an impermissible source.

*Boosters:* Make sure you never allow a booster or other member of the community to give you any kind of extra benefit. They may not cosign a loan, give free legal advice, give you rides in their car, let you borrow their car, buy your lunch, give you a special discount, etc. Please talk to Compliance if an individual offers you anything as some exceptions apply.

## RECRUITING BEHAVIOR AND STUDENT HOSTS FOR OFFICIAL VISITS

USU Athletics, in its role as a recruiter of quality student-athletes, is committed to policies that foster high standards of behavior during the recruiting process. All staff, coaches, student-athlete hosts and recruits will follow NCAA recruiting regulations and be accountable for applicable aspects of the USU Code of Conduct.



 

# STUDENT-ATHLETE HANDOOK

Current student-athletes may be asked to act as a student host for visiting recruits. A student host must understand and follow the NCAA rules regarding official visits. Student hosts may receive a maximum of $40.00 for each day of the visit to cover all actual costs for entertaining the recruit (and the recruit's parents, legal guardians or spouse). Entertainment must be within a 30-mile radius of campus. Suitable examples of entertainment to provide a prospect include movies, food, bowling, or campus events. Host money cannot be used to buy the recruit any souvenirs or other tangible mementos. Furthermore, the host is responsible for handling the money and may not be given to the recruit. All student hosts will be required to read and sign the Student-Athlete Host Form.

The following actions are prohibited by the USU Student Code of Conduct and NCAA recruiting rules. This list should provide guidance for appropriate behavior for recruits and student hosts during visits to USU.

- Alcohol and other drug related misconduct.
- Disorderly conduct.
- Gambling.
- Theft, damage and disregard for property.
- Hazing.
- Use of sex as a recruiting tool, utilizing a fake ID, and excessive entertainment and meals.
- Recruits may not have contact with representatives of the University's athletics interest (boosters).
- Entertainment money cannot be used to purchase souvenirs, clothes, or other tangible items.
- The institution or its representatives may not provide a vehicle for use by the recruit or the student host.

**TRANSFERS**

*Notification of Intent to Transfer*

Before a student-athlete or individuals associated with a student-athlete (former coaches, family, etc.) may communicate with coaches at other four-year institutions, that student-athlete must make an official notification of intent to transfer to the Department of Athletics. This formal declaration must be made directly to the Compliance Office in accordance with their procedures. The Compliance Office will immediately contact the head coach to ensure the student-athlete has communicated his/her desire to transfer. This starts the two-day period by which the Compliance Office is required to activate the student-athlete as "recruitable" on the NCAA Transfer Portal. A request to a coach or other administrator will not trigger an official notification.

An official notification of intent to transfer will cancel the student-athlete's athletic scholarship at the end of the current semester or, if prior to a semester, immediately. This may also trigger immediate removal from the team and an end to all student-athlete amenities such as strength and conditioning, academic services, training



   # STUDENT-ATHLETE HANDOOK   

room, training table, fueling station, etc. Student-athletes will not be allowed to "shop around" with other institutions and then return to USU as student-athletes.

*One-Time Transfer Exception*
In some circumstances, a student-athlete who transfers may be eligible to request the one-time transfer exception for immediate eligibility for competition. Student-athletes may request this exception in writing to the Compliance Office by email for specific institutions. If the request is denied, the student-athlete will be promptly notified in writing and given notice of the opportunity to appeal this decision. Appeals must be made in writing and sent to the Faculty Athletic Representative, Dr. Ed Heath. Generally, the one-time transfer exception will not be granted for transfers within the state of Utah, Mountain West Conference institutions, and future nonconference opponents in select sports. Exceptions to this policy are minimal and requests will be handled on a case-by-case basis.

## COUNTABLE ATHLETICALLY RELATED ACTIVITES

During the season, student-athletes may participate in up to 20 hours per week of countable athletically related activities. Student-athletes must be given one day off per week during the season, unless there are three competitions during that week. Outside the season, student-athletes must be given at least two days off per week. Sports that are not "in season" also may not require student-athletes to practice/train during final exams and the week prior to finals. Please see the Compliance Office or Compliance website for questions on what is and is not countable.

## OUTSIDE COMPETITION

All student-athlete participation in outside competition must be approved in writing through the Compliance Office PRIOR to participation. Generally, student-athletes may not compete on any non-USU team or individual sporting event. However, numerous exceptions apply. If you compete in an event and win a prize/award, you may be able to receive the award. Do not accept any awards before contacting compliance first. During the academic year, you may not accept anything of value for winning an event.

## EMPLOYMENT

### *Required Employment Registration*

Before beginning any long-term or short-term employment, you are required to register the employment with Compliance. Student-athletes must complete the Student-Athlete Employment form. Student-athletes must also register temporary jobs such as babysitting or doing yard work for someone.



# STUDENT-ATHLETE HANDOOK



Employment must meet the following requirements in order for compensation to be permissible:

- You are paid for work actually performed and at the same rate as other employees with similar skills and experience.
- You are not compensated in any manner for any value or utility that you may have for an employer because of any publicity, reputation, or fame due to your athletics ability and participation.
- You submit a completed Student-Athlete Employment Form to the Compliance Office before beginning work.
- You (or your employer) may not use your name or picture to advertise, even if just advertising your particular service.

### *Private Lessons*

Student-athletes are allowed to give private lessons and receive compensation. Any student-athlete wanting to give private lessons must obtain approval from Compliance before beginning. USU facilities may not be used when providing a private lesson for pay.

## PROMOTIONAL ACTIVITIES

The NCAA has strict rules about community appearances made by student-athletes. Student-athletes may not promote the sale of a commercial product or service. However, student-athletes may promote the fundraising or awareness ventures of educational institutions, charitable and nonprofit organizations. The promotional activities rules apply whenever student-athletes are asked to appear or participate in fundraising or community outreach events.

The following USU and NCAA rules apply to all promotional activities involving student-athletes:

- If someone other than the Assistant Athletics Director for Student-Athlete Academic Services or their designee contacts you about making the appearance, you must obtain written approval from the Compliance Office or designee prior to the event.
- You may not miss class for the event.
- Any money derived from the activity must go directly to the charitable or education agency.
- Student-athletes' names or pictures may not be used to promote commercial ventures of any nonprofit or for profit agency.





# STUDENT-ATHLETE HANDOOK

- The specific activity or project in which the student-athlete participates cannot involve co-sponsorship, advertisement or promotion by a commercial agency other than through the reproduction of the sponsoring company's logo on printed materials.
- An authorized representative of the charitable or educational agency must sign a release statement that ensures the student athlete's name, image or appearance is used in a manner consistent with NCAA rules.

**FINANCIAL AID**

If you are receiving any non-athletics scholarship, you are required to notify the Compliance Office and the USU Office of Financial Aid. Compliance must verify all non-athletics scholarships are permissible for student-athletes to receive.

Athletically-related financial aid may not be decreased or cancelled during the period of the award:

- On the basis of the student athlete's ability or contribution to a team's success;
- Because of an injury that prevents the recipient from participating; or
- For any other athletic reason.

Athletically related financial aid may be reduced or cancelled during the period of the award if the recipient:

- Renders themselves ineligible for intercollegiate competition.
- Fraudulently misrepresents any information on an application, National Letter of Intent or financial aid agreement.
- Engages in serious misconduct warranting substantial disciplinary penalty, including violations of team rules.
- Voluntarily withdraws from a sport at any time for personal reasons.

In all cases of reduced, cancelled or non-renewed athletics aid, the effected student-athlete has the right to appeal. All appeals must be submitted in writing to the Director of Financial Aid.

**SUMMER SCHOOL AID POLICY**

Summer school funding is based on the Athletic Department's annual budget and the amount available changes with each budget cycle. Priority for summer school aid will be based on a student-athlete meeting one or more of the criteria below. Summer school aid is not a guarantee to any student-athlete and should not be expected. The amount of aid provided to a student-athlete is dependent on a student-athlete's scholarship during the academic year (i.e. full or partial scholarship). To be considered, a student-athlete must have been on athletics aid the previous academic year or the coming academic year.




# STUDENT-ATHLETE HANDOOK


Strong consideration for summer school will be given for the following reasons (in order of importance).

1. Helping with graduation timing
2. To assist with eligibility purposes
3. Prerequisite to enter degree program
4. Increase Grade Point Average

Student-athletes must apply for summer school aid by April 1. Academic Coordinators will administer the application process. Exceptions to the deadline may be provided based on unanticipated eligibility needs.

Student-athletes need to take summer school and receipt of aid seriously. Any student-athlete who fails or receives a W notation grade may have their athletics aid reduced in the following academic year equal to the amount of tuition for the failed class. Please see the summer school application and agreement for details.


**FIFTH YEAR AID**

Student-athletes who have received athletics aid in the immediate full-time term preceding the term in which athletic eligibility is exhausted, may receive Fifth-Year Aid to complete undergraduate requirements. Student-athletes need to complete a Fifth Year Aid request and have their major/program advisor indicate the undergraduate coursework remaining and which term(s) the student-athlete will enroll in those courses.

Students enrolled in a graduate or 2nd Bachelor's degree programs are not eligible for additional athletics financial aid once they have exhausted athletics eligibility. This is also true for programs pursuing Bachelor's and graduate degrees concurrently.

Fifth-Year Aid will not be granted to a student-athlete if s/he does not earn the necessary grade either in their final term to complete graduation requirements while completing athletics eligibility; or during the final term they are receiving Fifth-Year Aid, and need an additional term to repeat the class or a substitute class.

Completed Fifth-Year Aid requests (available from your Academic Coordinator), are due by May 1.

 **STUDENT-ATHLETE HANDOOK** 

# APPENDICES

# STUDENT-ATHLETE HANDOOK

**UTAH STATE UNIVERSITY**

**DEPARTMENT OF INTERCOLLEGIATE ATHLETICS**

**DRUG SCREENING AND SUBSTANCE ABUSE PROGRAM**

**PURPOSE**: The Department of Intercollegiate Athletics believes that it has a major responsibility to ensure fair and equitable competition and to help protect the health and safety of student-athletes competing for Utah State University. The use of controlled substances and "performance enhancing" drugs represents a danger to the health and careers of student-athletes. Furthermore, the use or abuse of drugs can be injurious to student-athletes and their teammates, particularly when participating in athletic competition or practice.

Therefore, the Athletic Department has implemented a mandatory program of drug education, testing, and treatment (to include counseling/rehabilitation) to assist and benefit athletes of Utah State University. The program seeks to protect student-athletes at Utah State University from risks and dangers of drug abuse through such measures as sanctions for violations of this policy.

The goals of this policy include enhancing the health and well-being of all student-athletes and safeguarding student-athletes participating in Utah State athletic programs. Because Utah State University believes drug use can adversely affect the physical and emotional well-being of student-athletes no matter when such use should occur, drug screening tests will be conducted throughout the year either on a random or team tested basis. A signed consent form shall be considered affirmation of the student-athlete's agreement to the terms and conditions contained in this policy and shall be a legal contractual obligation of the student-athlete.

**PROHIBITED SUBSTANCES:** All student athletes are prohibited from using substances banned by the NCAA.  The list of substances banned by the NCAA is available in appropriate NCAA literature, in the Athletic Training Rooms on campus, or at this link: http://www.ncaa.org/2016-17-ncaa-banned-drugs. In general, these substances consist of (but are not limited to) the following:

- Stimulants including but not limited to amphetamine (Adderall), cocaine, ephedrine, methamphetamine, methylphenidate (Ritalin)
- Anabolic agents
- Diuretics and other masking agents
- Street drugs including but not limited to heroin, amphetamines, phencyclidine (PCP), cocaine, barbiturates, MDMA (ectasy/molly), marijuana/THC, synthetic cannabinoids (spice, K2 etc.) or any other similar substances



 

# STUDENT-ATHLETE HANDOOK

- Peptide Hormones and analogues
- Anti-estrogens
- Beta-2 Agonists
- Benzediazepam (Librium)
- Other performance enhancing drugs
- Methaqualone (Quaalude)

Any questions concerning the list of NCAA banned substances, including questions about dietary supplements and medications, should be directed to the Athletic Training Staff.  This policy does not excuse student-athletes from compliance with the University student code, local and state laws. An arrest for the use of a banned substance will result in a positive test.

- If the charges are dropped or the student athlete is found not guilty.  The positive test will be revisited and changes may be made.

**MEDICAL EXCEPTIONS:** Exceptions for student-athletes that test positive because they are using a banned substance for legitimate medical reasons are possible.  The student-athlete is responsible for providing a signed physician's note documenting the medical history demonstrating the need for regular use of the drug.

**USE OF TOBACCO PRODUCTS:** The use of tobacco products is discouraged, at all times, for well-known risks to health.  The use of tobacco products by all student-athletes and game personnel in all sports is prohibited during practice and competition.

**DRUG TESTING PROCEDURE:** In order to participate in Athletics at Utah State, student-athletes are required to sign a "Drug Testing Consent Form" giving the Athletic Department permission to test for prohibited substances. The contracted laboratory working with the Athletic Training Staff will collect the urine or hair sample for analysis. If the student-athlete is unable to produce a valid urine sample, a hair sample may be taken.  If a sample tests as positive, it will be sent to the laboratory for a confirmation test.

Team testing and random individual testing will occur periodically through the year. A minimum of 6 random tests will be done throughout the calendar year. For the random testing, official team rosters from the Compliance Office will be used to produce a computerized generated list of student-athletes. The Athletic Department also reserves the right to test a student athlete with reasonable suspicion based upon the following criteria:

- knowledge of inappropriate behavior
- change in physical attributes
- the appearance of drug use



 

# STUDENT-ATHLETE HANDOOK

- drug or alcohol odor
- illegal activities
- any other activity or behavior that is contradictory to team or university values and goals
- any other reasonable suspicion based upon the totality of circumstances including a change in behavior, poor academic performance, or change in attitude

Team and random testing will be performed based upon short notice communication between the Athletic Training Staff and the selected student-athlete. Student-athletes will sign in at the testing site with a valid ID. Throughout the testing procedure, a legal "chain of custody" will be maintained to assure that no tampering with the urine or hair sample is possible.

**Failure to appear at the testing site will be treated as a positive test.** Additionally, if a student-athlete is unable to produce a specimen or produces an insufficient volume for testing, he/she will be instructed to drink 8 ounces of fluid every fifteen minutes for the remainder of the testing period. If after this time, an adequate specimen still has not been produced, a hair sample may be taken. Failure to produce a urine or hair sample will also be treated as a positive result. Any attempt to alter the integrity or validity of the collection process will be treated as a positive result.

The results of individual tests will be strictly confidential. The testing service will notify the head athletic trainer, or designated athletics representative, of the results. The Head Athletic Trainer will notify the Director of Compliance, the Head Coach and the Director of Athletics of the results. Assistant coaches may also be notified of test results at the discretion of the head coach. Other university staff may be informed only to the extent necessary for implementation of this policy.

**NEGATIVE RESULTS:** The Department of Athletics will assume that all student-athletes will test negative to the controlled substances listed until tests show conclusive results otherwise. There will be no maximum number of times each student-athlete may be tested during his or her careers.

**POSITIVE RESULT: Any positive test will result in regular testing over the next 12 months.**

**POSITIVE RESULT: First Violation**

If a positive result is verified and confirmed, the Director of Athletics and the Head Athletic Trainer will be notified by the laboratory and in turn, he/she will notify the student-athlete. A meeting with the student-athlete will be called which will include: the



 

# STUDENT-ATHLETE HANDOOK

appropriate Head Coach, Head Athletic Trainer and the Director of Athletics/designee. If the student-athlete is a minor, his/her parent or legal guardian will also be asked to participate via conference call.  At this meeting, arrangements will be made for the student-athlete to be referred to the USU Wellness Center for admission into the Student-Athlete Substance Abuse Program.

**Disciplinary actions concerning athletic competition and practice will be left to the sole discretion of the appropriate Head Coach in conjunction with the Director of Athletics.  The student-athlete will be required to attend mandatory counseling and educational classes through the Utah State University Wellness Center. Once the student-athlete has completed this Student-Athlete Substance Abuse Program, as determined by the Wellness Center, the student-athlete may be released from the Utah State University Counseling Program.**

The student-athlete is required to comply with the minimal guidelines set forth above. Failure to do so will result in immediate disqualification from all athletic participation and removal of all department-provided financial support. The student-athlete's head coach may impose additional penalties beyond these guidelines subject to the approval of the Director of Athletics.  The Athletic Department reserves the right to further regular testing on an individual basis if it deems it necessary.

## POSITIVE RESULT: Second Violation

If a second positive result is verified and confirmed, the Director of Athletics and the Head Athletic Trainer will be notified by the laboratory and in turn, he/she will notify the student-athlete. A meeting with the student-athlete will be called which will include: the appropriate Head Coach, Head Athletic Trainer and the Director of Athletics/designee. If the student-athlete is a minor, his/her parent or legal guardian will also be asked to participate via conference call.  At this meeting, arrangements will be made for the student-athlete to be referred to the USU Wellness Center for admission into the Student-Athlete Substance Abuse Program.

**The student-athlete will be restricted from competition for 20% of the current season.  The 20% will start immediately after the second test violation.  He/she will be allowed to practice during the suspension period.  If the sport in which the student-athlete competes is out of season, the suspension will take place at the beginning of the next competition season. The student-athlete will be required to attend mandatory counseling and educational classes through the Utah State University Wellness Center. Once the student-athlete has completed the Student-Athlete Substance Abuse Program, as determined by the Wellness Center, the**






# STUDENT-ATHLETE HANDOOK

**student-athlete may be released from the Utah State University Counseling Program.**

The student-athlete is required to comply with the minimal guidelines set forth above. Failure to do so will result in immediate disqualification from all athletic participation and removal of all department-provided financial support for the remainder of the student-athlete's career. The student-athlete's head coach may impose additional penalties beyond these guidelines subject to the approval of the Director of Athletics.

**POSITIVE RESULT: Third Violation**

If a third positive result is verified and confirmed, the Director of Athletics and the Head Athletic Trainer will be notified by the laboratory and in turn, he/she will notify the student-athlete. A meeting with the student-athlete will be called which will include: the appropriate Head Coach, Head Athletic Trainer and the Director of Athletics/designee. If the student-athlete is a minor, his/her parent or legal guardian will also be asked to participate via conference call.

**The Director of Athletics and/or head coach will notify the student-athlete that he/she will be immediately removed from all further athletic participation and all athletically provided financial aid for the remainder of the student-athlete's career at Utah State University.**

All suspensions will be explained as "violation of team rules" unless made public by the student-athlete.

**STRIKE REDUCTION**:

If a student-athlete tests positive for marijuana/THC and passes all subsequent drug tests for one year from the date of the failed test, one strike will be taken away from them. This will only apply to marijuana/THC. All other drugs will only be allowed three strikes before dismissal from the team.

**NCAA DRUG TESTING PROGRAM:** It is important to emphasize that the previously mentioned penalties apply only to the Utah State University Department of Athletics Drug Testing and Substance Abuse Program. All student-athletes are still subject to the NCAA drug testing program and any student-athletes who test positive during an NCAA drug test will face the penalties that are prescribed by that governing body as outlined in the appropriate NCAA literature. **It should be understood that an NCAA positive drug test counts as a violation in the Utah State University Program.** For additional information and resources you can access the NCAA website at





# STUDENT-ATHLETE HANDOOK

www.ncaa.org/health-safety and the Dietary Supplement Resource Exchange Center
(REC) website at www.drugfreesport.com/rec.

**Safe Harbor Program**

A student-athlete eligible for the Utah State University Safe Harbor Program may refer
himself or herself to the Program for voluntary evaluation, testing and counseling with
Student Services.  A student is not eligible for the Program after he or she has been
informed of an impending drug test or after having received a positive Utah State
University or NCAA drug test.

Utah State University will work with the student to prepare a Safe Harbor treatment
plan, which may include confidential drug testing.  The student-athlete will be tested for
banned substances upon entry into the Safe Harbor Program and such a positive initial
test will not result in any administrative sanction except those listed in this section (the
team physician may suspend the student from play or practice if medically indicated).  A
student will be permitted to remain in the Safe Harbor Program for a reasonable period
of time, not to exceed thirty (30) days, as determined by the treatment plan.  A student
will not be permitted to enter the Safe Harbor Program thirty (30) days prior to NCAA or
Conference postseason competition.  A student-athlete will only be permitted to enter
the Safe Harbor Program one time during their athletic eligibility at Utah State
University.

If a student-athlete is determined to have new substance use after the initial Safe
Harbor Program test (as determined by follow-up testing), or fails to comply with the
Safe Harbor Program treatment plan, the student-athlete will be removed from the Safe
Harbor Program and be subject to appropriate sanctions as detailed in the Utah State
University program.  Entering the Safe Harbor Program will not be treated as a positive
test.  The student-athlete will be on the next subsequent list of names for random drug
testing.  If they have a positive test after the thirty-day period it will count as their first
offense and they will be subject to the appropriate punishment for any first time
offender.

While in compliance with the Safe Harbor Program treatment plan, the student-athlete
will not be included in the list of students eligible for random drug testing by Utah State
University.  Students in the Safe Harbor Program may still be selected for drug testing
by the NCAA.

The Director of Athletics, the Head Athletic Trainer, the student-athlete's Head Coach,
and the Team Physician may be informed of the student's participation in the Safe
Harbor Program.  The athletic trainer assigned to that sport also may be notified, if
medically appropriate.  The assistant coaches may be informed at the discretion of the





# STUDENT-ATHLETE HANDOOK



head coach.  Finally, other university employees may be informed only to the extent necessary for the implementation of this policy.

**Appeal Process**

Student-athletes who test positive under the terms of the Intercollegiate Athletics Drug Screening and Substance Abuse Policy will be entitled to a hearing with the Director of Athletics or his/her designee prior to the imposition of any sanction.  Requests for such a hearing must be made within forty-eight (48) hours of notification of a positive test result.  If the forty-eight hour request period ends on a weekend, the request must be made by noon on the next business day.  Requests must be in writing and received by the Director of Athletics.

The student-athlete may have an advisor or other representative present if the student so desires.  However, the student-athlete must present his or her own case.  The meeting should take place no more than seventy-two (72) hours after the written request is received.  Either the student-athlete or the other parties involved may request an extension of time to the Director of Athletics, who will consider whether to grant the extension upon a showing of good cause.  These proceedings shall include an opportunity for the student-athlete to present evidence, as well as to review the results of the drug test.  The proceedings shall be confidential.  The decision by the Director of Athletics or his/her designee regarding the sanction to be imposed shall be final.

 

# STUDENT-ATHLETE HANDOOK

*Transgender Policy*

In August 2011, the NCAA approved a policy for inclusion of transgender student-athletes in intercollegiate competition. Information from the NCAA Guideline on Inclusion of Transgender Student-Athletes was used as a framework for the USU Intercollegiate Athletics policy. The Athletics Department is dedicated to diversity and inclusion and to providing safe and equitable opportunities for all student-athletes. This policy was created to fairly and effectively address intercollegiate athletic participation by transgender student-athletes as well as to provide information and education to all student-athletes, parents, coaches, staff, administrators and community members.

This policy will be reviewed annually and as needed. At the time of review, it will be updated to reflect the most current research-based information. The complete policy is included in the appendix as the "Transgender Policy" document.

"Gender variant" refers to individuals whose behaviors/interests fall outside what is considered typical for their assigned gender at birth. These people are often not transgender, but they may not conform to gender stereotypes in their appearance, clothing, physical characteristics, interests or activities.

## NCAA Guiding Principles

1. Participation in intercollegiate athletics is a valuable part of the education experience for all students.
2. Transgender student-athletes should have equal opportunity to participate in sports.
3. The integrity of women's sports should be preserved.
4. Policies governing sports should be based on sound medical knowledge and scientific validity.
5. Policies governing the participation of transgender students in sports should be fair in light of the tremendous variation among individuals in strength, size, musculature, and ability.
6. Policies governing sports should be objective, workable and practicable. They should also be written, available and equitably enforced.
7. The legitimate privacy interests of all student-athletes should be protected.
8. The medical privacy of transgender students should be preserved.
9. Athletics administrators, staff, parents of athletes, and student-athletes should have access to sound and effective educational resources and training related to the participation of transgender and gender-variant students in athletics.



 

# STUDENT-ATHLETE HANDOOK

10. Policies governing the inclusion of transgender students in athletics should comply with state and federal laws protecting students from discrimination based on sex, disability, and gender identity and expression.

**NCAA Bylaws related to mixed teams and hormonal treatment**

Two areas of NCAA regulations can be impacted by transgender student-athlete participation: mixed team status and use of banned substances.

A mixed team is a varsity intercollegiate sports team on which at least one individual of each gender competes. (*Revised: 5/8/06).* NCAA Bylaw 18.02.2 for purposes of meeting the required minimums set forth in Bylaws 18.2.3 and 18.2.4, a mixed team shall be counted as one team. A mixed team shall count toward the minimum sponsorship percentage for men's championships.

- NCAA rules state that a male participating in competition on a female team makes the team a "mixed team." The mixed team can be used for sports sponsorship numbers (provided other conditions, such as being an acceptable NCAA sport, outlined in Bylaw 20.9 (Division I), 20.10 (Division II) and 20.11 (Division III) are met) and counts toward the mixed/men's team minimums within the membership sports-sponsorship requirements. Such a team is ineligible for a women's NCAA championship but is eligible for a men's NCAA championship.
- A female on a men's team does not impact the sports sponsorship in the application of the rule. The team still counts toward the mixed/men's numbers. Such a team is eligible for a men's NCAA championship.
- Once a team is classified as a mixed team, it retains that status through the remainder of the academic year without exception.
- The decision to re-classify a team as a mixed team is at the sole discretion of USU Intercollegiate Athletics Department.

NCAA Bylaw 31.2.3 identifies testosterone as a banned substance, and provides for a medical exception review for demonstrated need for use of a banned medication. It is the responsibility of the NCAA institution to submit the request for a medical exception (see. [www.ncaa.org/drugtesting](www.ncaa.org/drugtesting)) for testosterone treatment prior to the student-athlete competing while undergoing treatment. In the case of testosterone suppression, the institution must submit written documentation to the NCAA of the year of treatment and ongoing monitoring of testosterone suppression.

**NCAA Policy on Transgender Student-Athlete Participation**

The following policies clarify participation of transgender student-athletes undergoing hormonal treatment for gender transition:

1. A trans male (FTM) student-athlete who has received a medical exception for treatment with testosterone for a diagnosed Gender Identity Disorder or gender



# STUDENT-ATHLETE HANDOOK



dysphoria and/or Transsexualism, for purposes of NCAA competition may compete on a men's team, but is no longer eligible to compete on a women's team without changing that team status to a mixed team.

2. A trans female (MTF) student-athletes being treated with testosterone suppression medication for Gender Identity Disorder or gender dysphoria and/or Transsexualism, for the purposes of NCAA competition may continue to compete on a men's team but may not compete on a women's team without changing it to a mixed team status until completing one calendar year of testosterone suppression treatment[2].

Any transgender student-athlete who is not taking hormone treatment related to gender transition may participate in sex-separated sports activities in accordance with his or her assigned birth gender.

- A trans male (FTM) student-athlete who is not taking testosterone related to gender transition may participate on a men's or women's team.
- A trans female (MTF) transgender student-athlete who is not taking hormone treatments related to gender transition may not compete on a women's team but may participate on a men's team.

## Student-Athlete Responsibilities

In order to avoid challenges to a transgender student-athlete's participation during a sport season; a student-athlete who has completed, plans to initiate, or is in the process of taking hormones as part of a gender transition should submit the request to participate on a sports team in writing to the Director of Athletics upon admission or when the decision to undergo hormonal treatment is made.

1. The request should include a letter from the student's physician documenting the student-athlete's intention to transition or the student's transition status if the process has already been initiated. This letter should identify the prescribed hormonal treatment for the student's gender transition and documentation of the student's testosterone levels, if relevant.
2. In any case where a student athlete is taking hormone treatment related to gender transition, that treatment must be monitored by a physician and USU Intercollegiate Athletics must receive regular reports about the student-athlete's eligibility according to this policy.



 # STUDENT-ATHLETE HANDOOK 

**USU Responsibilities**

The Director of Athletics will meet with the student-athlete to review eligibility requirements and procedure for approval of transgender participation.

1. If hormone treatment is involved in the student-athlete's transition, the Director of Athletics should notify the NCAA of the student's request to participate with a medical exception request (see www.ncaa.org/drugtesting).
2. The student-athlete is encouraged to meet with someone who can offer support and advice through the process, if desired. Should the student-athletes want help in finding such a person, they will be directed to contact the Counseling Center or the Student Health Center.
3. To assist in education and development for intercollegiate athletics, a Transgender Participation Committee has been established at USU. Members of the committee include representation from the following departments: Athletics Department, Sports Medicine, Office of General Counsel, Counseling Center, Athletics Academics and Compliance and the Student-Athlete Advisory Committee.
   a. This committee was created to assist in education and development of policy and practice for intercollegiate athletes.
   b. The committee is advisory only in nature. Specific issues dealing with individual student-athletes will go through already defined athletic and administrative processes.
      i. The athletic department may request committee input on issues as they arise.
4. All discussions among involved parties and required written supporting documentation should be kept confidential, unless the student-athlete makes a specific request otherwise. All information about an individual student's transgender identity and medical information, including physician's information provided pursuant to this policy shall be maintained confidentially.
   a. If a student-athlete makes a specific request that his/her information **not** be confidential, this should be as a written request and should include a signed release of information.





# STUDENT-ATHLETE HANDOOK

**Additional Guidelines for Transgender Student-Athlete Inclusion**

The following additional guidelines will assist the athletics department, coaches, teams, and student-athletes in creating an environment in which all student-athletes are safe and fairly treated.

**Facilities Access**

1. Changing areas, toilets, and showers: Transgender student-athletes are able to use the locker room, shower, and toilet facilities in accordance with the student-athletes gender identity. If requested by a transgender student-athlete, the USU Athletic Department will work to provide private, separate changing, showering, and toilet facilities for the student-athletes use, but transgender student-athletes are not required to use separate facilities. In addition, the athletics department will also work to provide private, enclosed changing areas, showers, and toilets for use by any student-athlete who requests them.
2. Competition at another school: If a transgender student-athlete requires a particular accommodation to ensure access to appropriate changing, showering, or bathroom facilities, the athletic department administrator, and/or coaches, in consultation with the transgender student-athlete, will notify their counterparts at other schools prior to competitions to ensure the student-athlete has access to facilities that are comfortable and safe. This notification should maintain the student's confidentiality. Under no circumstances should a student-athlete's identity as a transgender person be disclosed without the student's express permission.
3. Hotel rooms: Transgender student-athletes generally should be assigned to share hotel rooms based on their gender identity, with recognition that any student who needs extra privacy should be accommodated whenever possible.

**Language**

1. Preferred names: In all cases, teammates, coaches and all others in the school will refer to transgender student-athletes by the student-athlete's preferred name.
2. Pronouns: Similarly, in all cases, pronoun references to transgender student-athletes will reflect the student-athletes gender identity and pronoun preferences.

**Dress Codes and Team Uniforms**

1. Dress codes:  Transgender student-athletes should be permitted to dress with appropriate formality in ways that suit their gender identity.
   a. Dress codes for athletic teams when traveling or during a game day at school should be gender neutral.
   b. Instead of requiring a girls' or women's team to wear dresses or skirts, for example, ask the team members to wear clothes that are clean, neat, well






# STUDENT-ATHLETE HANDOOK

cared for and appropriately "dressy" for representing their school and
team.

2. Uniforms: All team members should have access to uniforms that are appropriate
   for their sport and that they feel comfortable wearing. No student should be
   required to wear a gendered uniform that conflicts with the student's gender
   identity.

## Education

1. Athletic department: All members of the athletic department should receive
   information and education about transgender identities, institutional and
   conference non-discrimination policies, the use of preferred names and
   pronouns, and expectations for creating a respectful team and school climate for
   all students, including transgender and gender-variant students.

2. Opposing teams/universities: Without violating a transgender student's
   confidentiality or privacy, athletic administrators and coaches will communicate
   with their counterparts at other schools prior to competitions in which a
   transgender student-athlete is participating about expectations for treatment of
   transgender student-athletes on and off the field. This does not require "outing"
   or otherwise identifying a particular student-athlete as transgender, but rather
   establishing general expectations for the treatment of all student-athletes,
   including those who may be transgender.

## Media

1. Training: All intercollegiate athletics representatives (sports information
   departments and personnel, athletics administrators, team members, and
   coaches) who are authorized to speak with the media will receive information
   about appropriate terminology, use of names and pronouns, and school and
   athletics conference policies regarding the participation of transgender student-
   athletes on school sports teams.

2. Confidentiality: Protecting the privacy of transgender student-athletes must be a
   top priority for all athletics department and affiliated school personnel, particularly
   when in the presence of the media. All medical information shall be kept
   confidential in accordance with applicable state, local, and federal privacy laws.

## Enforcement and Non-Retaliation

1. Enforcement: Any member of an athletics department who has been found to
   have violated this policy by threatening to withhold athletic opportunity of
   harassing any student on the basis of their gender identity or expression, or by
   breaching medical confidentiality, will be subject to disciplinary action, up to and
   including discharge or expulsion from the school. The athletics department will
   take appropriate remedial action to correct the situation. Any member of the





# STUDENT-ATHLETE HANDOOK



athletics department who becomes aware of conduct that violates this policy should report the conduct to the appropriate official such as the Director of Athletics.

2. Retaliation: Retaliation is specifically forbidden against anyone who complains about discrimination based on gender identity or expression, even if the person was in error. The athletics department will take steps to prevent any retaliation against any person who makes such a complaint.

**References**

[1]NCAA Inclusion of Transgender Student-Athletes, NCAA Office of Inclusion, August 2011.

[2]Recent research indicates that most salient physical changes likely to affect athletic performance occur during the first year of hormone treatment making a longer waiting period unnecessary. Goorin, Louis, and Mathijs Bunck, "Transsexual and Competitive Sports," European Journal of Endocrinology 151 (2004): 425-429. Available online at http://www.eje.org/cgi/reprint/151/4/425.pdf.



 # STUDENT-ATHLETE HANDOOK 

### MOUNTAIN WEST SPORSMANSHIP INITIATIVE

### Code of Conduct Statement for Student-Athletes

The Mountain West Student-Athlete Advisory Committee (SAAC) believes the most important aspects of sport are good ethics and positive sportsmanship. It is very pleased the Mountain West Conference has undertaken an initiative to enhance this philosophy. We need your commitment to make this effort a success.

The SAAC believes that, in order for an institution to convey a message of good ethics and positive sportsmanship, it must have the involvement and the participation of those individuals most involved in athletics on campus. While this includes (but is not limited to) the President, athletic administrators, coaches, and fans, the most important individuals are we the student-athletes. It is our behaviors that can shape the perception of our teams and institutions by the public, the media and our opponents.

Good ethics and positive sportsmanship are philosophies that must be displayed both on and off the playing field. Good sportsmanship on the field enhances the student-athlete image off the field. Not only should student-athletes be good citizens, they should show a general concern for others. We must take a leadership role to compete at the highest levels, always endeavoring for victory, but doing so with grace, class, dignity, and respect.

Please join us in supporting the Mountain West Conference's Sportsmanship Initiative. Such an initiative will help maintain the Mountain West's reputation as one of the premier athletic conferences in the country. Best of luck with the coming season and we look forward to crossing paths with you in and on the courses, fields, courts, pools, and tracks.