# EXHIBIT 22

**From:** USU Office of the President <president@usu.edu>
**Sent:** Tuesday, July 2, 2024 11:19:56 AM
**To:** 'all-employees@lists.usu.edu' <all-employees@lists.usu.edu>
**Subject:** Changes to USU Football Program

<image001.png>

<image002.png>

# Changes to USU Football Program

Dear Faculty and Staff:

Today, Utah State University placed Head Football Coach Blake Anderson on paid administrative leave with the intent to terminate his contract for actions taken in spring 2023. These actions violated both his employment agreement and university policy. Under his employment agreement, Coach Anderson will be provided 14 days to respond.

This decision comes after a thorough external review of alleged non-compliance with university policies that implement Title IX, which require full and timely reporting of disclosures of sexual misconduct – including domestic violence – and prohibit employees from investigating disclosures of sexual misconduct themselves.

Please see the announcement in Utah State Today for more information.

It is essential that employees fulfill their responsibilities to ensure USU can address misconduct in our community and prevent it from occurring again. USU's annual compliance training begins this month, which includes mandatory sexual misconduct training for all employees.  Please actively engage in this training to ensure you understand your reporting responsibilities when you receive disclosures of sexual misconduct, including domestic violence.

As leaders, we are responsible for ensuring that allegations of USU policy violations are investigated. Today's actions are the result of a thorough external investigation, and we believe the evidence demands immediate action.

Our job is to fearlessly hold ourselves and others accountable for their conduct and to make sure that, for the sake of our students and our community, we are living the values of our university. While recognizing the impact of these decisions on our student athletes and football program, we will continue to take the steps necessary to deliver a respectful, transparent, and winning culture at Utah State University.

Sincerely,

Elizabeth Cantwell,
President

Diana Sabau,
Vice President & Director of Athletics

Utah State University, Old Main, Logan, UT 84322

<image002.png>
<image001.png>

2